


Patricia Gamez-Barrera
pgamez@kazanlaw.com

January 18, 2024

**Via File & ServeXPress**

All Counsel of Record

Re:   **James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.
Alameda County Superior Court Case No. 23CV052439
<u>Plaintiff's Social Security Records</u>**

Dear Counsel:

    Enclosed please find Plaintiffs' Social Security records attached, referenced in Plaintiffs' responses to Standard Interrogatories.

Very truly yours,

*Patty Gamez*

Patricia Gamez-Barrera

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS

                      SOCIAL SECURITY ADMINISTRATION
                      OFFICE OF CENTRAL OPERATIONS
                      6100 WABASH AVENUE
                      BALTIMORE MARYLAND  21215

                                              Date: 12/05/2023

KAZAN MCCLAIN SATTERLY AND GREENWOOD
A PROFESSIONAL LAW CORPROATION
55 HARRISON STREET SUITE 400
OAKLAND CA 94607


We are sending the statement of earnings requested for:

    Number Holder's Name: JAMES      SARJEANT
    Social Security Number: XXX-XX-████

        Years Requested: 1954 THRU 2022




Control Number: 23335080204

Enclosure(s):
    Earnings Statement
```

SSA-1826                ITEMIZED STATEMENT OF EARNINGS

                     SOCIAL SECURITY ADMINISTRATION
                       EARNINGS RECORD INFORMATION

                                              Date: 12/05/2023


Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937. Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits. Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits. If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings. Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work. The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write, or visit any
Social Security office. If you visit or call, please bring this letter.
It will help us answer questions. The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                * * *      FOR SSN XXX-XX-████        * * *


FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE   MARYLAND   21215


NUMBER HOLDER NAME: JAMES    SARJEANT
   YEARS REQUESTED: 1954 THRU 2022



KAZAN MCCLAIN SATTERLY AND GREENWOOD
A PROFESSIONAL LAW CORPROATION
55 HARRISON STREET SUITE 400
OAKLAND CA 94607




EMPLOYER NUMBER:  95-1618315
FISHERMANS WHARF OF LONG
 BEACH A CORP
54 BERTH ST
LONG BEACH   CA 90802-1006

YEAR      1ST QTR       2ND QTR      3RD QTR     4TH QTR            TOTAL
1957                     114.75                                    $114.75


EMPLOYER NUMBER:  95-1442230
MCCOWAN MARKET INC
970 W 1ST ST
SAN PEDRO   CA 90731-1904

YEAR      1ST QTR       2ND QTR      3RD QTR     4TH QTR            TOTAL
1957                                               76.51            $76.51
1958       342.13        363.00       766.38                     $1,471.51
1959       747.06        737.69       687.16                     $2,171.91


EMPLOYER NUMBER:  85-1442230
IRA FBO JOHN MARK WEDDINGTON IRA
1 PERSHING PLZ FL 12TH
JERSEY CITY   NJ 07399-0001

YEAR      1ST QTR       2ND QTR      3RD QTR     4TH QTR            TOTAL
1958                                              638.13           $638.13



                              PAGE    1
```

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS
                  * * *      FOR SSN XXX-XX-████        * * *

EMPLOYER NUMBER:  95-1967781
L A YOUNG JACK REMINGTON
304 VISTA DEL MAR
REDONDO BEACH  CA 90277-5844

YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1959                                72.75                         $72.75


EMPLOYER NUMBER:  95-2048514
A R L INC
20602 PACIFIC COAST HWY
MALIBU  CA 90265-5403

YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1959                                             723.00          $723.00
1960                                             126.00          $126.00


EMPLOYER NUMBER:  13-5438577
TODD SHIPYARDS CORP
PO BOX 84788
SEATTLE  WA 98124-6088

YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1960      464.00      1035.80      1129.41      1083.88        $3,713.09
1961     1248.24      1577.62      1197.81       776.33        $4,800.00
1962      541.23                                                 $541.23
1963      990.08      1586.20      1478.72       745.00        $4,800.00
1964     1559.90      1194.09                                  $2,753.99


SELF EMPLOYMENT:

YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1962                                                           $2,036.84
1969                                                           $1,408.00
1970                                                           $5,465.00
1971                                                           $5,177.00
1972                                                           $6,069.00


EMPLOYER NUMBER:  94-1126322
CENTRAL PAYROLL & FRINGE BENEFITS
 SVC OF PACIFIC MARITIME ASSC
% ATTN ILWU LONGSHORE PAYROLL
555 MARKET ST FL 3
SAN FRANCISCO  CA 94105-5801

YEAR     1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1962                                 47.52                        $47.52


                                     PAGE    2
```

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                      * * *      FOR SSN XXX-XX-████         * * *

EMPLOYER NUMBER:  95-2216115
MCCOWANS MARKET PLACE A CORP
17525 VENTURA BLVD STE 201
ENCINO   CA 91316-5108

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1962                                  761.78      1412.63        $2,174.41
1963       356.05                                                   $356.05


EMPLOYER NUMBER:  95-2241941
GERALD T SARJEANT & EDWARD C
 SARJEANT
NIKKOLA EXPRESS
7220 MAIE AVE
LOS ANGELES   CA 90001-2631

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1963                                   52.00                         $52.00
1965                    176.64                                      $176.64


EMPLOYER NUMBER:  69-0930886
CITY OF WESTMINSTER
FIN DIR
8200 WESTMINSTER BLVD
WESTMINSTER   CA 92683-3395

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1964                                                660.60          $660.60
1965      1516.68      1804.66      1478.66                       $4,800.00
1966      1784.58      1922.79      2093.78        798.85         $6,600.00
1967      2115.62      1904.21      2357.86                       $6,377.69


EMPLOYER NUMBER:  95-0537534
BEKINS COMPANY
777 FLOWER ST
GLENDALE   CA 91201-3015

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1965                     95.29       368.93        222.23          $686.45
1966       259.70       103.06       400.53        210.66          $973.95
1967       297.86       217.62                                     $515.48
```

PAGE    3

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                 * * *     FOR SSN XXX-XX-████        * * *

EMPLOYER NUMBER:   13-2523463
LIPSETT INC
 % OGDEN CORP
277 PARK AVE
NEW YORK   NY 10172-0003

YEAR     1ST QTR      2ND QTR      3RD QTR     4TH QTR         TOTAL
1968                               291.70      514.34        $806.04
1969     171.44                                              $171.44


EMPLOYER NUMBER:   95-2420004
NIKKOLA EXPRESS INC
620 E GAGE AVE
LOS ANGELES   CA 90001-1512

YEAR     1ST QTR      2ND QTR      3RD QTR     4TH QTR         TOTAL
1969     200.00                                              $200.00


EMPLOYER NUMBER:   95-2578694
H C SMITH CONSTRUCTION CO & AMELCO
 INC
SMITH-AMELCO-A JOINT VENTURE-
500 S ALAMEDA ST
COMPTON   CA 90221-3801

YEAR     1ST QTR      2ND QTR      3RD QTR     4TH QTR         TOTAL
1969                                521.50                   $521.50


EMPLOYER NUMBER:   95-1945045
SAV-MART LIQUORS INC
267 W 7TH ST
SAN PEDRO   CA 90731-3321

YEAR     1ST QTR      2ND QTR      3RD QTR     4TH QTR         TOTAL
1969                                            28.00         $28.00


*************************************************************************
*********    THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS   *********
*********    SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED      *********
*************************************************************************
```

PAGE   4