


Patricia Gamez-Barrera
pgamez@kazanlaw.com

February 21, 2024

**Via File & ServeXPress**

All Counsel

Re:   **James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.
Alameda County Superior Court Case No. 23CV052439**

Dear Counsel:

    Enclosed please find all medical records and employment records our office has received in response to our requests for records. We understand defendants have authorizations and are requesting medical and employment records as well, but as a continued courtesy our office will continue to affirmatively produce medical and employment records received in advance of any motion for preference.

    https://spaces.hightail.com/receive/w2PBuJ6axF

Very truly yours,

/s/ Patricia Gamez-Barrera
Patricia Gamez-Barrera

3331453.1

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, CA 94607
(510) 302-1000 • Fax (510) 835-4913