


Patricia Gamez-Barrera
pgamez@kazanlaw.com

February 26, 2024

**Via File & ServeXPress**

All Counsel

Re:   **James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.
       Alameda County Superior Court Case No. 23CV052439**

Dear Counsel:

    Please be advised that the properly noticed deposition of Plaintiff, James Sarjeant, previously scheduled to commence on Friday, March 1, 2024 at 10:00 a.m. PT, will be continued to 10:00am, Monday, March 4, 2024.

    Please take note it will be held at the same location in the deposition notice served on February 1, 2024. The location is Residence Inn Dana Point San Juan Capistrano, 33711 Camino Capistrano, San Juan Capistrano, CA 92675. A zoom link will also be sent to all parties so parties may appear remotely at their discretion.  Please note that our office anticipates a medical declaration is forthcoming, and the deposition will thereby be limited in time per section 2025.295.

                                                Very truly yours,

                                                /s/ Patricia Gamez-Barrera
                                                Patricia Gamez-Barrera