



**Kazan, McClain, Satterley & Greenwood**℠
A Professional Law Corporation
KAZANLAW.COM

Henry A. Steinberg
hsteinberg@kazanlaw.com

March 12, 2024

**Via File & ServeXPress;**
*And* **emailed to each counsel listed in the attached proof of service**

All Counsel of Record

Re: **James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.**
**US District Court – Northern District of California Case No. 4:24-cv-01216-KAW**
**[Alameda County Superior Court Case No. 23CV052439]**

Dear Counsel:

    **Plaintiffs hereby enclose and propose an all-party stipulation that the deposition of Plaintiff James Sarjeant commence on at 10:00 a.m. PT on Friday, March 22, 2024**, in person and available by video link and phone, at the Residence Inn – Dana Point San Juan Capistrano located at 33711 Camino Capistrano, San Juan Capistrano, CA 92624. Please kindly return the signed stipulation no later than by noon Thursday, March 14, 2024.

    There is good cause to commence Plaintiff's deposition on March 22 in advance of a Rule 26(f) conference and pursuant to a stipulation in accordance with Federal Rule of Civil Procedure 26(d)(1). Mr. Sarjeant is 82 years old, and he has terminal mesothelioma and there is substantial medical doubt of his survival beyond six months. Prior to Foster Wheeler's removal of this action on Wednesday, February 28, 2024, all parties were (or should have been) ready and prepared to commence James Sarjeant's deposition the following week. Plaintiff's deposition was noticed on February 1, 2024, and was scheduled to commence on Monday March 4, 2024. Defendants have already had access to all discoverable documents and information in advance of Mr. Sarjeant's previously scheduled deposition. There should be no delay in preserving Plaintiff's testimony

    Further, please take note that **Plaintiffs are hereby requesting the parties participate in a meet and confer conference**, pursuant to Local Rule 37-1 at **12:00pm PT on Thursday March 14, 2024**, to discuss the attached stipulation and the deposition of Plaintiff.  The call in number for the March 14, 12:00pm LR 37-1 conference is: **Dial-in No. (866) 640-4044, Passcode: 749820**.

Very truly yours,

Henry A. Steinberg

Enclosures:
**STIPULATION TO COMMENCE DEPOSITION OF PLAINTIFF JAMES SARJEANT**

3334521.1

John L. Langdoc, Esq. (C.S.B. #235509)
 jlangdoc@kazanlaw.com
Henry A. Steinberg, Esq. (C.S.B. #284998)
 hsteinberg@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

<div style="text-align:left; writing-mode:vertical;">
Kazan, McClain, Satterley & Greenwood

A Professional Law Corporation

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com
</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

JAMES SARJEANT and LUCRETIA SARJEANT,

      Plaintiffs,

      vs.

CITY OF LONG BEACH, et al.

      Defendants.

Case No. 4:24-cv-01216

**STIPULATION TO COMMENCE DEPOSITION OF PLAINTIFF JAMES SARJEANT**

      In accordance with Federal Rule of Civil Procedure 26(d)(1), the undersigned Plaintiffs and Defendants hereby stipulate that the deposition of Plaintiff James Sarjeant may and will commence on March 22, 2024 at 10:00 a.m. PT in person and by video link and phone at the Residence Inn – Dana Point San Juan Capistrano located at 33711 Camino Capistrano, San Juan Capistrano, CA 92624.

      SO STIPULATED

/ / /

/ / /

/ / /

/ / /

DATED:  March ___, 2024          KAZAN, McCLAIN, SATTERLEY & GREENWOOD
                                 A Professional Law Corporation


                                 By: _____
                                      Henry A. Steinberg

                                 Attorneys for Plaintiffs

DATED:  March ___, 2024          IMAI, TADLOCK, KEENEY & CORDERY, LLP


                                 By: _____
                                      Theodore T. Corderv

                                 Attorneys for ALLIED FLUID PRODUCTS CORP.

DATED:  March ___, 2024          MORGAN, LEWIS & BOCKIUS LLP


                                 By: _____
                                      Joseph Duffy
                                      Amy J. Talarico
                                      Colin C. West
                                 Attorneys for HILL BROTHERS CHEMICAL
                                 COMPANY and KELLY-MOORE PAINT
                                 COMPANY, INC.

DATED:  March ___, 2024          WFBM, LLP


                                 By: _____
                                      Charles T. Sheldon
                                      Derek S. Johnson
                                      Katherine P. Gardiner
                                 Attorneys for GENERAL ELECTRIC COMPANY

DATED:  March ___, 2024          LEADER BERKON COLAO & SILVERSTEIN LLP


                                 By: _____
                                      Bobbie R. Bailey
                                      Frederick W. Gatt
                                      Edward Martinovich
                                 Attorneys for IMO INDUSTRIES INC.

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

DATED:  March ___, 2024               MORGAN, LEWIS & BOCKIUS LLP

By:  _____
     Joseph Duffy
     Edward R. Ulloa
     Amy J. Talarico
Attorneys for GRINNELL LLC

DATED:  March ___, 2024               HUGO PARKER, LLP

By:  _____
     Edward R. Hugo
     Bina Ghanaat
     Robert J. Bugatto
Attorneys for FOSTER WHEELER LLC

DATED:  March ___, 2024               GORDON REES SCULLY MANSUKHANI, LLP

By:  _____
     Andrew I. Port
     Cheryl A. Morris
     Kimberly Solomon
Attorneys for AMERICAN PRESIDENT LINES LLC

DATED:  March ___, 2024               JAMISON EMPTING CRONIN, LLP

By:  _____
     Kevin D. Jamison
     Erin N. Empting
     Justin F. Cronin
Attorneys for PARAMOUNT GLOBAL

DATED:  March ___, 2024               HUSCH BLACKWELL LLP

By:  _____
     Lisa L. Oberg
     Daniel B. Hoye
     Paul D. Smith
Attorneys for METALCLAD INSULATION LLC

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

DATED:  March ___, 2024        EDLIN GALLAGHER HUIE + BLUM


By:  _____
        Jeremy D. Huie
        Makala L. Furse
Attorneys for BASCO DRYWALL & PAINTING, CO.

DATED:  March ___, 2024        GORDON REES SCULLY  MANSUKHANI, LLP


By:  _____
        John P. Katerndahl
        Brandon S. Sanchez
Attorneys for AMELCO CORPORATION

DATED:  March ___, 2024        FOLEY & MANSFIELD, PLLP


By:  _____
        Melanie L. Ameele
        Andrew L. Sharp
Attorneys for KAISER GYPSUM COMPANY, INC.

DATED:  March ___, 2024        BERKES CRANE SANTANA & SPANGLER LLP


By:  _____
        Robert H. Berkes

Attorneys for OWL COMPANIES

DATED:  March ___, 2024        CLYDE & CO US LLP


By:  _____
        Kevin R. Sutherland
        Benedict E. Idemundia
Attorneys for THE HERRICK CORPORATION

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

DATED:  March ___, 2024          TUCKER ELLIS LLP


                                 By:  _____
                                      James P. Cunningham
                                      V. Sathienmars
                                 Attorneys for PFIZER INC.

DATED:  March ___, 2024          TUCKER ELLIS LLP


                                 By:  _____
                                      Anthony D. Brosamle
                                      Valeria Golodnitska
                                      Kristen L. Chic
                                      Daniel J. Kelly
                                 Attorneys for DINERS CLUB INTERNATIONAL
                                 LTD.

DATED:  March ___, 2024          TUCKER ELLIS LLP


                                 By:  _____
                                      Monica W. Monroe
                                      Lance Wilson
                                 Attorneys for DAP, INC.

DATED:  March ___, 2024          PRINDLE, GOETZ, BARNES & REINHOLTZ LLP


                                 By:  _____
                                      Jeremy D. Milbrodt
                                      Grace C. Mori
                                 Attorneys for SYD CARPENTER, MARINE
                                 CONTRACTOR, INC.

DATED:  March ___, 2024          CLARK HILL LLP


                                 By:  _____
                                      Dean A. Olson

                                 Attorneys for CITY OF LONG BEACH

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1    DATED:  March ___, 2024          ONGARO PC

2

3                                      By: _____
                                            David R. Ongaro
4                                           Kirsten McNelly Bibbes
                                            Emily K. Selman
5                                      Attorneys for HONEYWELL INTERNATIONAL INC.

6    DATED:  March ___, 2024          DEHAY & ELLISTON, LLP

7

8                                      By: _____
                                            Heather L. Weakley
9                                           Zachary H. Lodmer
                                       Attorneys for VANDERBILT MINERALS, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Kazan, McClain, Satterley & Greenwood**
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1  John L. Langdoc, Esq. (C.S.B. #235509)
    jlangdoc@kazanlaw.com
2  Denyse F. Clancy, Esq. (C.S.B. #255276)
    dclancy@kazanlaw.com
3  Michael T. Stewart, Esq. (C.S.B. #253851)
    mstewart@kazanlaw.com
4  Henry A. Steinberg, Esq. (C.S.B. #284998)
    hsteinberg@kazanlaw.com
5  Angelina Austin, Esq. (C.S.B. #336250)
    aaustin@kazanlaw.com
6  KAZAN, McCLAIN, SATTERLEY & GREENWOOD
    A Professional Law Corporation
7  Jack London Market
    55 Harrison Street, Suite 400
8  Oakland, California 94607
    Telephone: (510) 302-1000
9  Facsimile: (510) 835-4913

10  Attorneys for Plaintiffs

11

12                    UNITED STATES DISTRICT COURT

13        NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

14

15  JAMES SARJEANT and LUCRETIA          Case No. 4:24-cv-01216-VC
    SARJEANT,
16                                        [Removed from the Superior Court
            Plaintiffs,                   of California, County of Alameda,
17                                        Case No. 23CV052439]
    vs.
18                                        [Case assigned to Judge Vince
    CITY OF LONG BEACH, et al.,           Chhabria]
19
            Defendant.                    **PROOF OF SERVICE**
20
                                          Case Filed:      November 20, 2023
21                                        Removal Date:    February 28, 2024
                                          Trial Date:      Not Set
22  _____

23        At the time of service, I was over 18 years of age and not a party to this action.
    I am employed in the County of Alameda, State of California.  My business address
24  is Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

25        On March 12, 2024, I served true copies of the following document(s)
    described as:
26
    **LETTER REGARDING STIPULATION TO COMMENCE**
27  **DEPOSITION OF PLAINTIFF JAMES SARJEANT**

28

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

**STIPULATION TO COMMENCE DEPOSITION OF PLAINTIFF JAMES SARJEANT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

via the following method:

**BY ELECTRONIC SERVICE:**  I electronically served the document(s) by using the File & ServeXpress system.  Participants in the case who are registered users will be served by the File & ServeXpress system.  Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address cschober@kazanlaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 12, 2024, at Oakland, California.


___/s/ Claire Schober_____
Claire Schober

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

*Kazan, McClain, Satterley & Greenwood*

*A Professional Law Corporation*

Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607

(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

1

## SERVICE LIST

2

THEODORE T. CORDERV
tcordery@itkc.com
IMAI, TADLOCK, KEENEY &
CORDERY, LLP
1660 South Amphlett Blvd., Suite 300
San Mateo, CA 94402
Telephone: (415) 260-4595
Facsimile: (415) 329-2244
*FOR: ALLIED FLUID PRODUCTS*
*CORP. FKA ALLIED PACKING &*
*SUPPLY, INC*

BOBBIE R. BAILEY
bbailey@leaderberkon.com
FREDERICK W. GATT
fgatt@leaderberkon.com
EDWARD MARTINOVICH
emartinovich@leaderberkon.com
LEADER BERKON COLAO &
SILVERSTEIN LLP
550 S. Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 234-1750
Facsimile: (213) 234-1747
*FOR: IMO INDUSTRIES INC.,*
*ind/sii/pae/et of DELAVAL STEAM*
*TURBINE CO.*

10

JOSEPH DUFFY
joseph.duffy@morganlewis.com
AMY J. TALARICO
amy.talarico@morganlewis.com
COLIN C. WEST
colin.west@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
*FOR: HILL BROTHERS CHEMICAL*
*COMPANY and KELLY-MOORE PAINT*
*COMPANY, INC.*

CHARLES T. SHELDON,
csheldon@wfbm.com
DEREK S. JOHNSON,
djohnson@wfbm.com
KATHERINE P. GARDINER,
kgardiner@wfbm.com
WFBM, LLP
255 California Street, Suite 525
San Francisco, CA 94111
Telephone: (415) 781-7072
Facsimile: (415)
*FOR: GENERAL ELECTRIC*
*COMPANY*

JOSEPH DUFFY
joseph.duffy@morganlewis.com
EDWARD R. ULLOA
edward.ulloa@morganlewi
AMY J. TALARICO
amy.talarico@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
*FOR: GRINNELL LLC*

Edward R. Hugo
Bina Ghanaat
Robert J. Bugatto
service@HUGOPARKER.com
HUGO PARKER, LLP
240 Stockton Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 808-0300
Facsimile: (415) 808-0333
*FOR: FOSTER WHEELER LLC*

ANDREW I. PORT
aport@grsm.com
CHERYL A. MORRIS
cmorris@grsm.com
KIMBERLY SOLOMON
kmsolomon@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
275 Battery Street, Suite 2000

KEVIN D. JAMISON
kjamison@jec-legal.com
ERIN N. EMPTING
eempting@jec-legal.com
JUSTIN F. CRONIN
jcronin@jec-legal.com
JAMISON EMPTING CRONIN, LLP
825 East 4th Street, Suite 204
Los Angeles, CA 90013

San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
*FOR: AMERICAN PRESIDENT LINES*
*LLC, ind/pae/et/jv/sii AMERICAN*
*PRESIDENT LINES, LTD and*
*AMERICAN MAIL LINE, LTD.*

LISA L. OBERG
Lisa.Oberg@huschblackwell.com
DANIEL B. HOYE
Daniel.Hoye@huschblackwell.com
PAUL D. SMITH
Paul.Smith@huschblackwell.com
HUSCH BLACKWELL LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650
Facsimile: (510) 768-0651
*FOR: METALCLAD INSULATION LLC*

JOHN P. KATERNDAHL
jkaterndahl@grsm.com
BRANDON S. SANCHEZ
bsanchez@grsm.com
GORDON REES SCULLY
MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6950
Facsimile: (949) 474-2060
*FOR: AMELCO CORPORATION*

BERKES CRANE SANTANA &
SPANGLER LLP
Robert H. Berkes (SBN70152)
rberkes@bcsslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 955-1150
Facsimile: (213) 955-1155
*FOR: OWL COMPANIES*

TUCKER ELLIS LLP
JAMES P. CUNNINGHAM
james.cunningham@tuckerellis.com
V. SATHIENMARS
v.sathienmars@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
*FOR: PFIZER INC.*

Telephone: (213) 246-2732
Facsimile: (626) 314-1833
*FOR: PARAMOUNT GLOBAL fka*
*VIACOMCBS INC., fka CBS*
*CORPORATION, a Del Corp, f/k/a*
*VIACOM INC., successor by merger to*
*CBS CORPORATION, a Penn Corp , fka*
*WESTINGHOUSE ELECTRIC*
*CORPORATION*

JEREMY D. HUIE,
jhuie@eghblaw.com
MAKALA L. FURSE,
mfurse@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339
*FOR: BASCO DRYWALL & PAINTING,*
*CO.*

Melanie L. Ameele
mameele@foleymansfield.com
Andrew L. Sharp
asharp@foleymansfield.com
FOLEY & MANSFIELD, PLLP
2185 North California Boulevard
Suite 575
Walnut Creek, CA 94596
(510) 590-9500
*FOR:  KAISER GYPSUM COMPANY,*
*INC.*

Kevin R. Sutherland
Benedict E. Idemundia
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Email: kevin.sutherland@clydeco.us
benedict.idemundia@clydeco.us
adrian.van@clydeco.us
*FOR: THE HERRICK CORPORATION*

TUCKER ELLIS LLP
ANTHONY D. BROSAMLE
anthony.brosamle@tuckerellis.com
VALERIA GOLODNITSKA
valeria.golodnitska@tuckerellis.com
KRISTEN L. CHIC
kristen.chic@tuckerellis.com
515 South Flower Street
Forty-Second Floor

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

TUCKER ELLIS LLP
MONICA W. MONROE
monica.monroe@tuckerellis.com
LANCE WILSON
lance.wilson@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
*FOR: DAP, INC. k/n/a LA MIRADA*
*PRODUCTS CO., INC.*

PRINDLE, GOETZ, BARNES &
REINHOLTZ LLP
Jeremy D. Milbrodt
Grace C. Mori
One World Trade Center, Suite 1100
Long Beach, California 90831
jmilbrodt@prindlelaw.com
gmori@prindlelaw.com
*FOR: SYD CARPENTER, MARINE*
*CONTRACTOR, INC.*

David R. Ongaro
dongaro@ongaropc.com
Kirsten McNelly Bibbes
kbibbes@ongaropc.com
Emily K. Selman
eselman@ongaropc.com
ONGARO PC
1604 Union Street
San Francisco, CA 94123
Telephone: (415) 433-3900
Facsimile: (415) 433-3950
FOR: HONEYWELL
INTERNATIONAL INC., f/k/a
AlliedSignal Inc., Successor-in-Interest
to The Bendix Corporation

Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
TUCKER ELLIS LLP
DANIEL J. KELLY
daniel.kelly@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
*FOR: DINERS CLUB INTERNATIONAL*
*LTD.*

Dean A. Olson
CLARK HILL LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Dolson@clarkhill.com
*FOR: CITY OF LONG BEACH*

HEATHER L. WEAKLEY
hweakley@dehay.com
ZACHARY H. LODMER
zlodmer@dehay.com
DEHAY & ELLISTON, LLP
100 Pringle Avenue, Suite 700
Walnut Creek, California 94596
Telephone: (510) 433-1830
Facsimile: (866) 611-8690
*FOR: VANDERBILT MINERALS, LLC*

Kazan, McClain, Satterley & Greenwood
A Professional Law Corporation
Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607
(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

3

INTENTIONALLY BLANK

**Akinyemi Ajayi**

| | |
|---|---|
| **From:** | Henry Steinberg |
| **Sent:** | Wednesday, March 13, 2024 9:45 AM |
| **To:** | Kevin Jamison |
| **Cc:** | Justin Cronin; Claire Schober; Patricia Gamez-Barrera; Akinyemi Ajayi; Angelina Austin |
| **Subject:** | RE: Sarjeant v. City of Long Beach, et al. (US District Court – Northern District of California Case No. 4:24-cv-01216-KAW and ACSC No. 23CV052439): Letter and Stipulation |
| **Attachments:** | Letter to All Counsel - Hightail link for Medical and Employment.pdf |

Hi Kevin,

Thanks for your kind words.  Been a heavy week, but I'm glad to be down here to support my wife.  Regarding your request, and thank you for asking, we did produce all medical and employment records in our possession on February 21.  I'm attaching that letter (with the hightail link to records) here for your convenience.  Would be great if we can avoid motion practice and get this deposition underway next week!   Let me know when you hear back from your client, and thanks in advance.

Speak to you at the LR 37-1 conference tomorrow at noon.

Best regards,
Henry

**From:** Kevin Jamison <kjamison@jec-legal.com>
**Sent:** Tuesday, March 12, 2024 8:10 PM
**To:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Cc:** Justin Cronin <jcronin@jec-legal.com>
**Subject:** FW: Sarjeant v. City of Long Beach, et al. (US District Court – Northern District of California Case No. 4:24-cv-01216-KAW and ACSC No. 23CV052439): Letter and Stipulation


Henry – I'm sorry to hear that you had to travel south, and not for fun, but for a memorial service.  With regards to the disclosures in the case thus far, I show receipt of the standard rogs served under an Alameda caption.  Did I miss a disclosure of medical records and employment records?  Kindly let me know.  I doubt my client has any issue with the stipulation, but as a professional courtesy, I will need to confirm my client's position.  Hope all is well (or at least better).

Take care, Kevin



**Kevin D. Jamison** | Partner
D: 626-314-1976 | F: 626-314-1833
**Inland Empire Office** | 13925 City Center Dr., Suite 210 | Chino Hills, California 91709
T: 626-314-1830
**Los Angeles Office** | 825 East 4th Street, Unit 204 | Los Angeles, California 90013
T: 213-246-2732
www.jec-legal.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use

of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (626-314-1830) and delete this message and all copies and backups thereof.

**From:** Claire Schober <CSchober@kazanlaw.com>
**Sent:** Tuesday, March 12, 2024 4:12 PM
**To:** tcordery@itkc.com; bbailey@leaderberkon.com; 'fgatt@leaderberkon.com' <fgatt@leaderberkon.com>; emartinovich@leaderberkon.com; joseph.duffy@morganlewis.com; Talarico, Amy J. <amy.talarico@morganlewis.com>; colin.west@morganlewis.com; csheldon@wfbm.com; djohnson@wfbm.com; kgardiner@wfbm.com; edward.ulloa@morganlewis.com; service@HUGOPARKER.com; aport@grsm.com; cmorris@grsm.com; kmsolomon@grsm.com; Kevin Jamison <kjamison@jec-legal.com>; Erin Empting <eempting@jec-legal.com>; Justin Cronin <jcronin@jec-legal.com>; Lisa.Oberg@huschblackwell.com; Daniel.Hoye@huschblackwell.com; Paul.Smith@huschblackwell.com; Jeremy Huie <jhuie@eghblaw.com>; mfurse@eghblaw.com; jkaterndahl@grsm.com; bsanchez@grsm.com; Melanie L. Ameele <mameele@foleymansfield.com>; Andrew L. Sharp <asharp@foleymansfield.com>; rberkes@bcsslaw.com; kevin.sutherland@clydeco.us; benedict.idemundia@clydeco.us; adrian.van@clydeco.us; Anthony Brosamle (anthony.brosamle@tuckerellis.com) <anthony.brosamle@tuckerellis.com>; samle@tuckerellis.com; valeria.golodnitska@tuckerellis.com; kristen.chic@tuckerellis.com; monica.monroe@tuckerellis.com; Wilson, Lance D. <lance.wilson@tuckerellis.com>; Jeremy D. Milbrodt (jmilbrodt@prindlelaw.com) <jmilbrodt@prindlelaw.com>; gmori@prindlelaw.com; dongaro@ongaropc.com; aro@ongaropc.com; kbibbes@ongaropc.com; Emily Selman <eselman@ongaropc.com>; 'daniel.kelly@tuckerellis.com' <daniel.kelly@tuckerellis.com>; Dolson@clarkhill.com; Weakley, Heather L <hweakley@dehay.com>; zlodmer@dehay.com
**Cc:** John L. Langdoc <JLangdoc@kazanlaw.com>; Michael Stewart <mstewart@kazanlaw.com>; Henry Steinberg <HSteinberg@kazanlaw.com>; Akinyemi Ajayi <aajayi@kazanlaw.com>; Patricia Gamez-Barrera <pgamez@kazanlaw.com>
**Subject:** Sarjeant v. City of Long Beach, et al. (US District Court – Northern District of California Case No. 4:24-cv-01216-KAW and ACSC No. 23CV052439): Letter and Stipulation

Dear Counsel,

Please find attached:

- LETTER REGARDING STIPULATION TO COMMENCE DEPOSITION OF PLAINTIFF JAMES SARJEANT
- STIPULATION TO COMMENCE DEPOSITION OF PLAINTIFF JAMES SARJEANT

Thank you for your attention to this matter.

*Claire Schober* / Litigation Paralegal
Kazan, McClain, Satterley & Greenwood,
A Professional Law Corporation
Jack London Market
55 Harrison St., Suite 400
Oakland, CA  94607
Tel: (510) 302-1000 / Fax: (510) 835-4913
Email:  cschober@kazanlaw.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to postmaster@kazanlaw.com.

INTENTIONALLY BLANK



240 Stockton Street, 8th
Floor
San Francisco, CA 94108
T 415.808.0300
F 415.808.0333
www.HUGOPARKER.com
**Shane Hoover**
shoover@HUGOPARKER.com
Our File No.
4801-3944

**HUGO PARKER, LLP**
LIMITED LIABILITY PARTNERSHIP

March 14, 2024

**VIA FILE & SERVEXPRESS**

Henry A. Steinberg, Esq.
KAZAN, McCLAIN, SATTERLEY & GREENWOOD,
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607

   Re: Sarjeant v. City of Long Beach, LLC, et al.
     <u>U.S. District Court – Northern District of California</u>
     <u>Case No. 4:24-cv-01216</u>

Dear Counsel,

  Please allow this correspondence to serve as Defendant FOSTER WHEELER, LLC's ("Foster Wheeler" or "Defendant") attempt to meet and confer with respect to JAMES SARJEANT and LUCRETIA SARJEANT's ("Plaintiffs") intent to take Plaintiff James Sarjeant's deposition in disregard for Federal Rules of Civil Procedure (F.R.C.P.). Plaintiffs specifically ignore F.R.C.P. 26 and 30.

**<u>F.R.C.P. 26</u>**

  As provided in F.R.C.P. 26(a)(1), a party **MUST** provide to the other parties the initial disclosure. This initial disclosure is to include the name, address, phone number of "each person likely to have discoverable information." F.R.C.P. 26(a)(1)(C) provides the timing of initial disclosures **MUST** be "at or within 14 days after the parties' Rule 26(f) conference unless a different time is set by stipulation or court order." Currently there has been no Rule 26(f) conference between all the parties in this matter, let alone any initial disclosures.

  F.R.C.P. 26(a)(1)(B) does provide nine exceptions to this initial disclosure condition, which Plaintiffs have not met. In fact, nowhere in F.R.C.P. 26(a)(1)(B) is there an exception based on a stipulation of the parties. Furthermore, F.R.C.P. 26(a)(1)(d) explicitly states the timing of discovery and states "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1(B), or when authorized by these rules, by stipulation, or by court order."

  There is no stipulation by all parties to overlook the requirements of the F.R.C.P. Presently, Plaintiffs have proposed and requested all parties agree to their stipulation of taking Plaintiff James Sarjeant's deposition earlier than required simply because "all parties were (or should have been) ready and prepared to commence James Sarjeant's

1

**HUGO PARKER, LLP**
LIMITED LIABILITY PARTNERSHIP

Henry A. Steinberg, Esq.
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
March 14, 2024
Page 2

deposition." Plaintiffs seek to quickly obtain a stipulation from all the parties to circumvent the F.R.C.P. requirements.

**F.R.C.P. 30**

F.R.C.P. 30 provides for when the deposition of a witness may be taken with a leave of the court if the parties have not stipulated to the deposition and three requirements must be met under F.R.C.P. 30(a)(2)(A). One of those three requirements includes when a party seeks to take the deposition of a party before the allotted times under F.R.C.P. 26(d). That party must also show that the "deponent is expected to leave the United States and be unavailable for examination in this country after that time." (F.R.C.P. 30(a)(2)(A)(iii).) That rule does not appear to be applicable here.

Plaintiffs seek to take the deposition of Plaintiff James Sarjeant earlier than required based on his age of 82 years, and his declining health. Neither age nor health is a reason or exception under the F.R.C.P. to simply ignore the discovery process and unilaterally set a deposition.

The initial disclosures required under F.R.C.P. 26 allow parties to be fully aware of the matters a witness will testify to. This information is essential in allowing all parties to be fully prepared to conduct a meaningful examination of witnesses at any deposition. The F.R.C.P. provides exceptions to taking a witness's deposition earlier, but plaintiffs have failed to meet any of those requirements. As such, plaintiffs must adhere to the F.R.C.P. for appropriate discovery to take place.

Very truly yours,

HUGO PARKER, LLP

*/s/ Shane M. Hoover*

Shane M. Hoover

INTENTIONALLY BLANK

**Akinyemi Ajayi**

| | |
|---|---|
| **From:** | Henry Steinberg |
| **Sent:** | Friday, March 15, 2024 9:29 AM |
| **To:** | Shane M. Hoover |
| **Cc:** | John L. Langdoc; Akinyemi Ajayi; Claire Schober |
| **Subject:** | RE: Sarjeant: Please call me; Foster Wheeler skipped the LR37-1 conference today |

Hi Shane,

Thank you for the call this morning.

Foster Wheeler confirmed telephonically this morning that it will not stipulate to a deposition of Plaintiff in advance of a rule 26 conference. Thus, meet and confer as to a deposition in advance of a rule 26 conference is exhausted, and now that you and I have spoken telephonically, we have complied with Local Rule 37-1's requirement for a meet and confer conference in advance of a motion.

Additionally, we discussed the fact that Plaintiffs will endeavor to schedule a Rule 26 conference next week. Foster Wheeler agreed a Rule 26 conference should happen as soon as possible pending other parties' agreement and appearances. To this end our office will be sending out a scheduling letter today proposing various dates and times for a R26 conference next week.

Thank you for your continued attention, and I'm glad to now have your direct line. Should you wish to discuss anything else, please call my cell, which you have, at your convenience.

Respectfully yours,
Henry

**From:** Shane M. Hoover <shoover@hugoparker.com>
**Sent:** Thursday, March 14, 2024 4:27 PM
**To:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Cc:** Akinyemi Ajayi <aajayi@kazanlaw.com>; Claire Schober <CSchober@kazanlaw.com>
**Subject:** RE: Sarjeant: Please call me; Foster Wheeler skipped the LR37-1 conference today

Afternoon Henry,

My condolences to you and your wife's family, no one should be forced to work during such times.

My deposition is still going strong, and I have a hard stop at 5 for dinner plans. By no means am I attempting to avoid speaking with you, can I give you a call around 9 am tomorrow? My direct number is (415) 808-0320. Thanks.

Shane

---

**From:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Sent:** Thursday, March 14, 2024 1:28 PM
**To:** Shane M. Hoover <shoover@hugoparker.com>
**Cc:** Akinyemi Ajayi <aajayi@kazanlaw.com>; Claire Schober <CSchober@kazanlaw.com>
**Subject:** RE: Sarjeant: Please call me; Foster Wheeler skipped the LR37-1 conference today

In case I miss your call – What is your phone number Shane?  (My voicemail has been giving me trouble as I'm currently working from abroad due to a memorial service in my wife's family. So if we don't connect and you can't leave a voicemail, please email me your phone number so I can return your call.)

Thank you,

Henry

---

**From:** Shane M. Hoover <shoover@hugoparker.com>
**Sent:** Thursday, March 14, 2024 1:24 PM
**To:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Cc:** Akinyemi Ajayi <aajayi@kazanlaw.com>; Claire Schober <CSchober@kazanlaw.com>
**Subject:** RE: Sarjeant: Please call me; Foster Wheeler skipped the LR37-1 conference today

Afternoon Henry,

I am currently in a deposition, but I will give you a call back when it is over. Thanks.

Shane

---

**From:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Sent:** Thursday, March 14, 2024 12:50 PM
**To:** Shane M. Hoover <shoover@hugoparker.com>

2

**Cc:** Akinyemi Ajayi <aajayi@kazanlaw.com>; Claire Schober <CSchober@kazanlaw.com>
**Subject:** Sarjeant: Please call me; Foster Wheeler skipped the LR37-1 conference today

Hi Shane,

I'd like to meet and confer about Foster Wheeler's attached letter, and the fact that Foster Wheeler did not participate in the Local Rule 37 conference that all other parties just participated in, which was noticed to proceed today at noon, and did proceed in Foster Wheeler's absence.

I called your office just now to speak to you telephonically, but when I dial your name into the company director, I am told "The Directory is Empty", and neither your letter, attached, nor your firm bio, provides any number to reach you.

To briefly respond to the substance of your letter – Plaintiffs provided a proposed stipulation under FRCP 26(d)(1) which would allow the deposition to go forward.  Through discovery and voluntary disclosures across the several months that this matter was in state court, Plaintiffs responded to Joint Defense Interrogatories and produced all discoverable employment and medical records in their possession, and so the information sought through an initial Rule 26 disclosure has already been provided to Foster Wheeler.   Thus, there is no prejudice to Foster Wheeler were the deposition of Plaintiff to proceed under a Rule 26(d)(1) stipulation.

In advance of a motion seeking leave to notice the deposition, I'd like for us to confer telephonically.  All parties just participated in the Local Rule 37-1 conference except for Foster Wheeler, and Foster Wheeler is the only party that had objected to Plaintiff's proposal prior to the Rule 37-1 call.

Please kindly reply to this email with your direct line so we can meet and confer.  Alternatively, please call my cell today at 415 608 2485, but if you do not catch me, please kindly reply to this email with a working phone number that I may return your call.

Thank you for your anticipated communication and courtesy.

Most respectfully,

Henry

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to postmaster@kazanlaw.com.

INTENTIONALLY BLANK

**Akinyemi Ajayi**

| | |
|---|---|
| **From:** | Henry Steinberg |
| **Sent:** | Friday, March 15, 2024 9:17 AM |
| **To:** | Catherine Cranford; Akinyemi Ajayi; Claire Schober; Angela Hampton (ahampton@ongaropc.com); John L. Langdoc |
| **Subject:** | RE: Sarjeant - Meet and Confer - re Honeywell's agreement in State Court to depose Plaintiff on March 4 |

Hi Catherine,

Thank you for your email, and I am glad to see that we both agree that when the matter was in state court, Honeywell agreed that it would appear at the deposition of Plaintiff Mr. Sarjeant on March 4, 2024 as noticed.

I understand that agreement was limited to the state court matter, because the case hadn't yet been removed by Foster Wheeler.  But that Honeywell was prepared to depose Mr. Sarjeant on March 4, in advance of the removal, this demonstrates that Honeywell was not lacking any information or materials to conduct a deposition of Mr. Sarjeant.

That we are now in Federal Court does not change the substantive fact that Honeywell was previously prepared, and had agreed, without objection, to depose Plaintiff Mr. Sarjeant.

Yemi of our office will be sending a letter to all defendants today to schedule the Rule 26 conference, and we will propose a few days next week for that conference.  Our office may also file a motion to seek leave to depose Mr. Sarjeant in advance of the Rule 26 conference, since defendants have obtained all substantive information and discovery to which they are entitled under 26(a)(1)(A) through the state Court matter.

Given that Honeywell previously agreed to Plaintiff's deposition proceeding on March 4 in State Court, I am hopeful that Honeywell is not rely on form over substance to stand in the way of a dying man's deposition proceeding, to which it previously agreed, now that we are in Federal Court.

Thanks again for your email below.

Respectfully,
Henry

---

**From:** Catherine Cranford <ccranford@ongaropc.com>
**Sent:** Friday, March 15, 2024 8:29 AM
**To:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Subject:** RE: Sarjeant - Meet and Confer


Henry, it is my understanding that, during yesterday's meet and confer, you took issue with Honeywell's refusal to stipulate that plaintiff's deposition can go forward on March 22, 2024.

It is true that, in our conversation on February 15, Honeywell agreed it would appear at the deposition. However, this agreement was related solely to the fact that Honeywell was seeking a one-week extension to file a demurrer challenging the pleading (since, as we both know, some defendants take the position they are not obligated to appear at depositions while such motions are pending).

Two weeks after this discussion, Foster Wheeler removed the case to federal court. The Federal Rules of Civil Procedure clearly state that no discovery can be conducted before the Rule 26(f) meet and confer conference unless the parties stipulate or leave of court is obtained. (*See* Fed. R. Civ. Proc. 26(d)(1); *see also id*. at 30(a)(2).)

At no point did Honeywell agree to appear at a deposition being conducted in contravention of the Federal Rules nor did it agree to stipulate that the deposition could go forward in a manner not authorized by them. Indeed, I do not think Honeywell's agreement to appear could be interpreted in that manner since, at the time of our discussion, we were not even considering the applicability of the Federal Rules because this case was still in state court.

I am happy to discuss further if you'd like. You can reach me at 770-301-5886.

Catherine A. Cranford
Admitted in California

 ONGARO PC

1604 Union Street
San Francisco, CA 94123
Phone:  (415) 433-3900
Email:  ccranford@ongaropc.com
www.ongaropc.com

PLEASE NOTE that our firm is paperless. Please send written materials to us electronically rather than through physical mail and deliveries. Thank you.

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Ongaro PC and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

---

**From:** Catherine Cranford
**Sent:** Thursday, February 15, 2024 3:49 PM
**To:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Subject:** Sarjeant - Meet and Confer

Henry –

Thanks for taking my call just now.

As we discussed, Honeywell agrees to appear at plaintiff James Sarjeant's deposition, currently scheduled for February 27, but reserves the right to specially appear if necessary.

Plaintiffs agree to give Honeywell a one-week extension on its deadline to file a responsive pleading, making the new deadline February 23, 2024.

Please let me know if this is not an accurate representation of our agreements.

Thanks again,

Catherine A. Cranford
Admitted in California

 ONGARO PC

1604 Union Street
San Francisco, CA 94123
Phone:  (415) 433-3900
Email:  ccranford@ongaropc.com
www.ongaropc.com

PLEASE NOTE that our firm is paperless. Please send written materials to us electronically rather than through physical mail and deliveries. Thank you.

CONFIDENTIALITY NOTICE: This e-mail and any attachments contain information from the law firm of Ongaro PC and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communications or work product. Any dissemination of this e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.

INTENTIONALLY BLANK

## Akinyemi Ajayi

| | |
|---|---|
| **From:** | Derek S. Johnson  <djohnson@wfbm.com> |
| **Sent:** | Friday, March 15, 2024 9:55 AM |
| **To:** | Henry Steinberg |
| **Cc:** | Akinyemi Ajayi; Claire Schober; John L. Langdoc |
| **Subject:** | RE: Sarjeant - stipulation re plaintiff deposition |

Thanks for the quick response Henry.  We will be available for a Rule 26 call next week and also for Mr. Sarjeant's deposition whenever a date is set.  Have a good weekend.

---

**From:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Sent:** Friday, March 15, 2024 9:40 AM
**To:** Derek S. Johnson <djohnson@wfbm.com>
**Cc:** Akinyemi Ajayi <aajayi@kazanlaw.com>; Claire Schober <CSchober@kazanlaw.com>; John L. Langdoc <JLangdoc@kazanlaw.com>
**Subject:** RE: Sarjeant - stipulation re plaintiff deposition

**This Message originated outside your organization.**

---

Thank you Derek,

We appreciate your client acting in good faith and signing the stipulation, given that all parties were prepared in state court to depose Mr. Sarjeant on March 4.   Unfortunately, Honeywell and Foster Wheeler have both refused to stipulate to Plaintiff's deposition in advance of a Rule 26 conference, and therefore motion practice and/or a Rule 26 conference will be required, making it unfeasible to depose Plaintiff as soon as March 22.  As a result of Honeywell and Foster Wheeler's refusal to stipulate, the deposition will not be noticed for March 22.

On a separate, but related track, our office will send a letter to all counsel today to propose a few days next week for a R26 conference, and we thank you in advance for working to make your client available to attend the conference so as to minimize the road blocks to depose Mr. Sarjeant.

If you wish to meet and confer further, please don't hesitate to call my cell anytime, at 415 608 2485.

Thank you again and most respectfully yours,
Henry

---

**From:** Derek S. Johnson <djohnson@wfbm.com>
**Sent:** Friday, March 15, 2024 8:26 AM
**To:** Henry Steinberg <HSteinberg@kazanlaw.com>
**Subject:** Sarjeant - stipulation re plaintiff deposition

Henry –

Attached is the signed stipulation for GE.  We are juggling a ton of depositions and appearances next week, so I would appreciate it if you could let me know if the deposition is actually going forward (or not) as soon as you have a sense of whether all defendants will agree.  Thanks much.

-Derek

**Derek S. Johnson – Partner**



WALSWORTH
255 California Street, Suite 525
San Francisco, CA 94111
T  (415) 781-7072 ext. 2829
E  djohnson@wfbm.com
**WFBM.COM**
LinkedIn | Facebook

Los Angeles • Orange County • San Francisco

### Disclaimer

"This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company."

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged.

To reply to our email administrator directly, send an email to postmaster@kazanlaw.com.

### Disclaimer

"This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer. Messages sent to and from us may be monitored.

Internet communications cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this message, or any attachment, that have arisen as a result of e-mail transmission. If verification is required, please request a hard-copy version. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company."