


Henry A. Steinberg
hsteinberg@kazanlaw.com

March 15, 2024

**Via File & ServeXPress**

All Counsel

Re: **James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.
US District Court – Northern District of California Case No. 3:24-cv-01216-VC
[Alameda County Superior Court Case No. 23CV052439]**

Dear Counsel:

 Plaintiffs write to confer on a date for the parties to conduct the Rule 26(f) conference. Plaintiffs propose the following dates and times:

  Wednesday – March 20, 2024 at 12:00 p.m. PDT; and

  Thursday – March 21, 2024 at 12:00 p.m. PDT

 Plaintiffs ask that all counsel respond with their availability on the dates above, in writing, by end of business on Monday, March 18, 2024.


Very truly yours,

Henry A. Steinberg

INTENTIONALLY BLANK




72566642
Mar 20 2024
11:52AM

Akinyemi Ajayi
aajayi@kazanlaw.com

March 20, 2024

**Via File & ServeXPress**
*And* emailed to each counsel listed in the attached proof of service

All Counsel

Re:   **James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.
US District Court – Northern District of California Case No. 3:24-cv-01216-VC
[Alameda County Superior Court Case No. 23CV052439]**

Dear Counsel:

Due to the unavailability of Defendant Honeywell International Inc., the Rule 26(f) conference set for Thursday, March 21, 2024 at 12:00 p.m. PDT is now off calendar.

As a result, Plaintiffs seek the parties' availability for the following dates:

    Monday –  March 25, 2024; and

    Tuesday – March 26, 2024

Plaintiffs request that all counsel respond with their availability on the dates above, in writing, by close of business on Friday, March 22, 2024.

Very truly yours,

Akinyemi Ajayi

John L. Langdoc, Esq. (C.S.B. #235509)
  jlangdoc@kazanlaw.com
Denyse F. Clancy, Esq. (C.S.B. #255276)
  dclancy@kazanlaw.com
Michael T. Stewart, Esq. (C.S.B. #253851)
  mstewart@kazanlaw.com
Henry A. Steinberg, Esq. (C.S.B. #284998)
  hsteinberg@kazanlaw.com
Angelina Austin, Esq. (C.S.B. #336250)
  aaustin@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JAMES SARJEANT and LUCRETIA SARJEANT, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LONG BEACH, et al., <br><br> Defendant. | Case No. 3:24-cv-01216-VC <br><br> [Removed from the Superior Court of California, County of Alameda, Case No. 23CV052439] <br><br> [Case assigned to Judge Vince Chhabria] <br><br> **PROOF OF SERVICE** <br><br> Case Filed:    November 20, 2023 <br> Removal Date: February 28, 2024 <br> Trial Date:    Not Set |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

On March 20, 2024, I served true copies of the following document(s) described as:

**LETTER REGARDING RULE 26(F) CONFERENCE**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

via the following method:

**BY ELECTRONIC SERVICE:** I electronically served the document(s) by using the File & ServeXpress system. Participants in the case who are registered users will be served by the File & ServeXpress system. Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address cschober@kazanlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2024, at Oakland, California.

　/s/ Claire Schober  
Claire Schober

**SERVICE LIST**

| | |
|---|---|
| THEODORE T. CORDERV<br>tcordery@itkc.com<br>IMAI, TADLOCK, KEENEY & CORDERY, LLP<br>1660 South Amphlett Blvd., Suite 300<br>San Mateo, CA 94402<br>Telephone: (415) 260-4595<br>Facsimile: (415) 329-2244<br>*FOR: ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC* | BOBBIE R. BAILEY<br>bbailey@leaderberkon.com<br>FREDERICK W. GATT<br>fgatt@leaderberkon.com<br>EDWARD MARTINOVICH<br>emartinovich@leaderberkon.com<br>LEADER BERKON COLAO & SILVERSTEIN LLP<br>550 S. Hope Street, Suite 1850<br>Los Angeles, CA 90071<br>Telephone: (213) 234-1750<br>Facsimile: (213) 234-1747<br>*FOR: IMO INDUSTRIES INC., ind/sii/pae/et of DELAVAL STEAM TURBINE CO.* |
| JOSEPH DUFFY<br>joseph.duffy@morganlewis.com<br>AMY J. TALARICO<br>amy.talarico@morganlewis.com<br>COLIN C. WEST<br>colin.west@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>*FOR: HILL BROTHERS CHEMICAL COMPANY and KELLY-MOORE PAINT COMPANY, INC.* | CHARLES T. SHELDON,<br>csheldon@wfbm.com<br>DEREK S. JOHNSON,<br>djohnson@wfbm.com<br>KATHERINE P. GARDINER,<br>kgardiner@wfbm.com<br>WFBM, LLP<br>255 California Street, Suite 525<br>San Francisco, CA 94111<br>Telephone: (415) 781-7072<br>Facsimile: (415)<br>*FOR: GENERAL ELECTRIC COMPANY* |
| JOSEPH DUFFY<br>joseph.duffy@morganlewis.com<br>EDWARD R. ULLOA<br>edward.ulloa@morganlewi<br>AMY J. TALARICO<br>amy.talarico@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>*FOR: GRINNELL LLC* | Edward R. Hugo<br>Bina Ghanaat<br>Robert J. Bugatto<br>service@HUGOPARKER.com<br>HUGO PARKER, LLP<br>240 Stockton Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 808-0300<br>Facsimile: (415) 808-0333<br>*FOR: FOSTER WHEELER LLC* |
| ANDREW I. PORT<br>aport@grsm.com<br>CHERYL A. MORRIS<br>cmorris@grsm.com<br>KIMBERLY SOLOMON<br>kmsolomon@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000 | KEVIN D. JAMISON<br>kjamison@jec-legal.com<br>ERIN N. EMPTING<br>eempting@jec-legal.com<br>JUSTIN F. CRONIN<br>jcronin@jec-legal.com<br>JAMISON EMPTING CRONIN, LLP<br>825 East 4th Street, Suite 204<br>Los Angeles, CA 90013 |

Kazan, McClain, Satterley & Greenwood<br>A Professional Law Corporation<br>Jack London Market • 55 Harrison Street, Suite 400 • Oakland, California 94607<br>(510) 302-1000 • Fax: (510) 835-4913 • www.kazanlaw.com

| | |
|---|---|
| San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br>FOR: AMERICAN PRESIDENT LINES LLC, ind/pae/et/jv/sii AMERICAN PRESIDENT LINES, LTD and AMERICAN MAIL LINE, LTD. | Telephone: (213) 246-2732<br>Facsimile: (626) 314-1833<br>FOR: PARAMOUNT GLOBAL fka VIACOMCBS INC., fka CBS CORPORATION, a Del Corp, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, a Penn Corp , fka WESTINGHOUSE ELECTRIC CORPORATION |
| LISA L. OBERG<br>Lisa.Oberg@huschblackwell.com<br>DANIEL B. HOYE<br>Daniel.Hoye@huschblackwell.com<br>PAUL D. SMITH<br>Paul.Smith@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>1999 Harrison St., Suite 700<br>Oakland, CA 94612<br>Telephone: (510) 768-0650<br>Facsimile: (510) 768-0651<br>FOR: METALCLAD INSULATION LLC | JEREMY D. HUIE,<br>jhuie@eghblaw.com<br>MAKALA L. FURSE,<br>mfurse@eghblaw.com<br>EDLIN GALLAGHER HUIE + BLUM<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Telephone: (415) 397-9006<br>Facsimile: (415) 397-1339<br>FOR: BASCO DRYWALL & PAINTING, CO. |
| JOHN P. KATERNDAHL<br>jkaterndahl@grsm.com<br>BRANDON S. SANCHEZ<br>bsanchez@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>Telephone: (949) 255-6950<br>Facsimile: (949) 474-2060<br>FOR: AMELCO CORPORATION | Melanie L. Ameele<br>mameele@foleymansfield.com<br>Andrew L. Sharp<br>asharp@foleymansfield.com<br>FOLEY & MANSFIELD, PLLP<br>2185 North California Boulevard<br>Suite 575<br>Walnut Creek, CA 94596<br>(510) 590-9500<br>FOR: KAISER GYPSUM COMPANY, INC. |
| BERKES CRANE SANTANA & SPANGLER LLP<br>Robert H. Berkes (SBN70152)<br>rberkes@bcsslaw.com<br>515 South Figueroa Street, Suite 1500<br>Los Angeles, California 90071<br>Telephone: (213) 955-1150<br>Facsimile: (213) 955-1155<br>FOR: OWL COMPANIES | Kevin R. Sutherland<br>Benedict E. Idemundia<br>CLYDE & CO US LLP<br>355 S. Grand Avenue, Suite 1400<br>Los Angeles, California 90071<br>Telephone: (213) 358-7600<br>Facsimile: (213) 358-7650<br>Email: kevin.sutherland@clydeco.us<br>benedict.idemundia@clydeco.us<br>adrian.van@clydeco.us<br>FOR: THE HERRICK CORPORATION |
| TUCKER ELLIS LLP<br>JAMES P. CUNNINGHAM<br>james.cunningham@tuckerellis.com<br>V. SATHIENMARS<br>v.sathienmars@tuckerellis.com<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>Telephone: 415.617.2400<br>Facsimile: 415.617.2409<br>FOR: PFIZER INC. | TUCKER ELLIS LLP<br>ANTHONY D. BROSAMLE<br>anthony.brosamle@tuckerellis.com<br>VALERIA GOLODNITSKA<br>valeria.golodnitska@tuckerellis.com<br>KRISTEN L. CHIC<br>kristen.chic@tuckerellis.com<br>515 South Flower Street<br>Forty-Second Floor |

| | |
|---|---|
| TUCKER ELLIS LLP<br>MONICA W. MONROE<br>monica.monroe@tuckerellis.com<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>Telephone: 415.617.2400<br>Facsimile: 415.617.2409<br>*FOR: DAP, INC. k/n/a LA MIRADA PRODUCTS CO., INC.* | Los Angeles, CA 90071<br>Telephone: 213.430.3400<br>Facsimile: 213.430.3409<br>TUCKER ELLIS LLP<br>DANIEL J. KELLY<br>daniel.kelly@tuckerellis.com<br>201 Mission Street, Suite 2310<br>San Francisco, CA 94105<br>Telephone: 415.617.2400<br>Facsimile: 415.617.2409<br>*FOR: DINERS CLUB INTERNATIONAL LTD.* |
| PRINDLE, GOETZ, BARNES & REINHOLTZ LLP<br>Jeremy D. Milbrodt<br>Grace C. Mori<br>One World Trade Center, Suite 1100<br>Long Beach, California 90831<br>jmilbrodt@prindlelaw.com<br>gmori@prindlelaw.com<br>*FOR: SYD CARPENTER, MARINE CONTRACTOR, INC.* | Dean A. Olson<br>CLARK HILL LLP<br>555 South Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 891-9100<br>Facsimile: (213) 488-1178<br>Dolson@clarkhill.com<br>*FOR: CITY OF LONG BEACH* |
| David R. Ongaro<br>dongaro@ongaropc.com<br>Kirsten McNelly Bibbes<br>kbibbes@ongaropc.com<br>Emily K. Selman<br>eselman@ongaropc.com<br>ONGARO PC<br>1604 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 433-3900<br>Facsimile: (415) 433-3950<br>FOR: HONEYWELL INTERNATIONAL INC., f/k/a AlliedSignal Inc., Successor-in-Interest to The Bendix Corporation | HEATHER L. WEAKLEY<br>hweakley@dehay.com<br>ZACHARY H. LODMER<br>zlodmer@dehay.com<br>DEHAY & ELLISTON, LLP<br>100 Pringle Avenue, Suite 700<br>Walnut Creek, California 94596<br>Telephone: (510) 433-1830<br>Facsimile: (866) 611-8690<br>*FOR: VANDERBILT MINERALS, LLC* |

INTENTIONALLY BLANK




Akinyemi Ajayi
aajayi@kazanlaw.com

March 24, 2024

# TIME SENSITIVE CORRESPONDENCE

**Via FileAndServeXpress
& via email to each counsel listed in the attached proof of service**

All Counsel of Record

**Re**:   *James Sarjeant and Lucretia Sarjeant v. City of Long Beach, et al.*
     Case No. 3:24-cv-01216-VC

Dear Counsel:

As you know, Plaintiff James Sarjeant is dying of mesothelioma and there is an obvious urgency to take and complete his deposition, which was scheduled to proceed in State court before this case was removed and would have been completed by now.

Despite Plaintiffs' multiple efforts to meet and confer since removal, we have been unable to secure Defendants' cooperation in rescheduling Mr. Sarjeant's deposition to proceed forthwith.

We have also been unable, despite efforts to meet and confer, to secure Defendants' cooperation in scheduling the Fed.R.Civ.P. Rule 26(f) Conference of counsel so that discovery may promptly proceed. We have offered four (4) different dates for this Conference, as recently as March 20 offering availability on March 25 or March 26, and all have either been rejected or ignored.

Therefore, please take notice that Plaintiffs will move the Court *ex parte* for an order granting leave to conduct the deposition of James Sarjeant prior to the Rule 26(f) Conference.

Please take further notice that Plaintiffs will also separately move the Court for an order advancing the initial status conference and the deadline to complete the Rule 26(f) Conference. To that end, **Plaintiffs invite Defendants to participate in a meet and confer conference pursuant to Local Rule 37-1**, **at 10:00 a.m. PDT on Tuesday, March 26, 2024** to discuss a stipulation on agreeable dates or to otherwise meet and confer.

Topic: Sarjeant Meeting
Time: Mar 26, 2024 10:00 AM Pacific Time (US and Canada)

All Counsel
TIME SENSITIVE CORRESPONDENCE
Page 2

Join Zoom Meeting
https://kazanlaw.zoom.us/j/83647821761?pwd=ektEYTNYT0I4aW5wUHR0VTJGeGNodz09

Meeting ID: 836 4782 1761
Passcode: 317663

                                         Very truly yours,

                                         Akinyemi Ajayi

3337238.1

John L. Langdoc, Esq. (C.S.B. #235509)
  jlangdoc@kazanlaw.com
Denyse F. Clancy, Esq. (C.S.B. #255276)
  dclancy@kazanlaw.com
Michael T. Stewart, Esq. (C.S.B. #253851)
  mstewart@kazanlaw.com
Henry A. Steinberg, Esq. (C.S.B. #284998)
  hsteinberg@kazanlaw.com
Angelina Austin, Esq. (C.S.B. #336250)
  aaustin@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JAMES SARJEANT and LUCRETIA SARJEANT,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH, et al.,<br><br>　　　　Defendant. | Case No. 3:24-cv-01216-VC<br><br>[Removed from the Superior Court of California, County of Alameda, Case No. 23CV052439]<br><br>[Case assigned to Judge Vince Chhabria]<br><br>**PROOF OF SERVICE**<br><br>Case Filed:　　November 20, 2023<br>Removal Date:　February 28, 2024<br>Trial Date:　　Not Set |

　　At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is Jack London Market, 55 Harrison Street, Suite 400, Oakland, CA 94607.

　　On March 25, 2024, I served true copies of the following document(s) described as:

**LETTER REGARDING RULE 26(F) CONFERENCE**

on the interested parties in this action as follows:

3334493.1　　　　　　　　　　　　　　1　　　　　　　　　　　　Case No. 3:24-cv-01216-VC

Proof of Service

**SEE ATTACHED SERVICE LIST**

via the following method:

**BY ELECTRONIC SERVICE:** I electronically served the document(s) by using the File & ServeXpress system. Participants in the case who are registered users will be served by the File & ServeXpress system. Participants in the case who are not registered users will be served by mail or by other means permitted by the court rules.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address cschober@kazanlaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 25, 2024, at Oakland, California.

    /s/ Claire Schober
Claire Schober

## SERVICE LIST

| | |
|---|---|
| THEODORE T. CORDERV<br>tcordery@itkc.com<br>IMAI, TADLOCK, KEENEY &<br>CORDERY, LLP<br>1660 South Amphlett Blvd., Suite 300<br>San Mateo, CA 94402<br>Telephone: (415) 260-4595<br>Facsimile: (415) 329-2244<br>*FOR: ALLIED FLUID PRODUCTS CORP. FKA ALLIED PACKING & SUPPLY, INC* | BOBBIE R. BAILEY<br>bbailey@leaderberkon.com<br>FREDERICK W. GATT<br>fgatt@leaderberkon.com<br>EDWARD MARTINOVICH<br>emartinovich@leaderberkon.com<br>LEADER BERKON COLAO &<br>SILVERSTEIN LLP<br>550 S. Hope Street, Suite 1850<br>Los Angeles, CA 90071<br>Telephone: (213) 234-1750<br>Facsimile: (213) 234-1747<br>*FOR: IMO INDUSTRIES INC., ind/sii/pae/et of DELAVAL STEAM TURBINE CO.* |
| JOSEPH DUFFY<br>joseph.duffy@morganlewis.com<br>AMY J. TALARICO<br>amy.talarico@morganlewis.com<br>COLIN C. WEST<br>colin.west@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>*FOR: HILL BROTHERS CHEMICAL COMPANY and KELLY-MOORE PAINT COMPANY, INC.* | CHARLES T. SHELDON,<br>csheldon@wfbm.com<br>DEREK S. JOHNSON,<br>djohnson@wfbm.com<br>KATHERINE P. GARDINER,<br>kgardiner@wfbm.com<br>WFBM, LLP<br>255 California Street, Suite 525<br>San Francisco, CA 94111<br>Telephone: (415) 781-7072<br>Facsimile: (415)<br>*FOR: GENERAL ELECTRIC COMPANY* |
| JOSEPH DUFFY<br>joseph.duffy@morganlewis.com<br>EDWARD R. ULLOA<br>edward.ulloa@morganlewi<br>AMY J. TALARICO<br>amy.talarico@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>*FOR: GRINNELL LLC* | Edward R. Hugo<br>Bina Ghanaat<br>Robert J. Bugatto<br>service@HUGOPARKER.com<br>HUGO PARKER, LLP<br>240 Stockton Street, 8th Floor<br>San Francisco, CA 94108<br>Telephone: (415) 808-0300<br>Facsimile: (415) 808-0333<br>*FOR: FOSTER WHEELER LLC* |
| ANDREW I. PORT<br>aport@grsm.com<br>CHERYL A. MORRIS<br>cmorris@grsm.com<br>KIMBERLY SOLOMON<br>kmsolomon@grsm.com<br>GORDON REES SCULLY<br>MANSUKHANI, LLP<br>275 Battery Street, Suite 2000 | KEVIN D. JAMISON<br>kjamison@jec-legal.com<br>ERIN N. EMPTING<br>eempting@jec-legal.com<br>JUSTIN F. CRONIN<br>jcronin@jec-legal.com<br>JAMISON EMPTING CRONIN, LLP<br>825 East 4th Street, Suite 204<br>Los Angeles, CA 90013 |

San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
*FOR: AMERICAN PRESIDENT LINES LLC, ind/pae/et/jv/sii AMERICAN PRESIDENT LINES, LTD and AMERICAN MAIL LINE, LTD.*

LISA L. OBERG
Lisa.Oberg@huschblackwell.com
DANIEL B. HOYE
Daniel.Hoye@huschblackwell.com
PAUL D. SMITH
Paul.Smith@huschblackwell.com
HUSCH BLACKWELL LLP
1999 Harrison St., Suite 700
Oakland, CA 94612
Telephone: (510) 768-0650
Facsimile: (510) 768-0651
*FOR: METALCLAD INSULATION LLC*

JOHN P. KATERNDAHL
jkaterndahl@grsm.com
BRANDON S. SANCHEZ
bsanchez@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6950
Facsimile: (949) 474-2060
*FOR: AMELCO CORPORATION*

BERKES CRANE SANTANA & SPANGLER LLP
Robert H. Berkes (SBN70152)
rberkes@bcsslaw.com
515 South Figueroa Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 955-1150
Facsimile: (213) 955-1155
*FOR: OWL COMPANIES*

TUCKER ELLIS LLP
JAMES P. CUNNINGHAM
james.cunningham@tuckerellis.com
V. SATHIENMARS
v.sathienmars@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
*FOR: PFIZER INC.*

Telephone: (213) 246-2732
Facsimile: (626) 314-1833
*FOR: PARAMOUNT GLOBAL fka VIACOMCBS INC., fka CBS CORPORATION, a Del Corp, f/k/a VIACOM INC., successor by merger to CBS CORPORATION, a Penn Corp , fka WESTINGHOUSE ELECTRIC CORPORATION*

JEREMY D. HUIE,
jhuie@eghblaw.com
MAKALA L. FURSE,
mfurse@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339
*FOR: BASCO DRYWALL & PAINTING, CO.*

Melanie L. Ameele
mameele@foleymansfield.com
Andrew L. Sharp
asharp@foleymansfield.com
FOLEY & MANSFIELD, PLLP
2185 North California Boulevard
Suite 575
Walnut Creek, CA 94596
(510) 590-9500
*FOR:  KAISER GYPSUM COMPANY, INC.*

Kevin R. Sutherland
Benedict E. Idemundia
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650
Email: kevin.sutherland@clydeco.us
benedict.idemundia@clydeco.us
adrian.van@clydeco.us
*FOR: THE HERRICK CORPORATION*

TUCKER ELLIS LLP
ANTHONY D. BROSAMLE
anthony.brosamle@tuckerellis.com
VALERIA GOLODNITSKA
valeria.golodnitska@tuckerellis.com
KRISTEN L. CHIC
kristen.chic@tuckerellis.com
515 South Flower Street
Forty-Second Floor

2

1  TUCKER ELLIS LLP
   MONICA W. MONROE
2  monica.monroe@tuckerellis.com
   201 Mission Street, Suite 2310
3  San Francisco, CA 94105
   Telephone: 415.617.2400
4  Facsimile: 415.617.2409
   FOR: DAP, INC. k/n/a LA MIRADA
5  PRODUCTS CO., INC.

6  PRINDLE, GOETZ, BARNES &
   REINHOLTZ LLP
7  Jeremy D. Milbrodt
   Grace C. Mori
8  One World Trade Center, Suite 1100
   Long Beach, California 90831
9  jmilbrodt@prindlelaw.com
   gmori@prindlelaw.com
10 FOR: SYD CARPENTER, MARINE
   CONTRACTOR, INC.
11
   David R. Ongaro
12 dongaro@ongaropc.com
   Kirsten McNelly Bibbes
13 kbibbes@ongaropc.com
   Emily K. Selman
14 eselman@ongaropc.com
   ONGARO PC
15 1604 Union Street
   San Francisco, CA 94123
16 Telephone: (415) 433-3900
   Facsimile: (415) 433-3950
17 FOR: HONEYWELL
   INTERNATIONAL INC., f/k/a
18 AlliedSignal Inc., Successor-in-Interest
   to The Bendix Corporation

Los Angeles, CA 90071
Telephone: 213.430.3400
Facsimile: 213.430.3409
TUCKER ELLIS LLP
DANIEL J. KELLY
daniel.kelly@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409
FOR: DINERS CLUB INTERNATIONAL
LTD.

Dean A. Olson
CLARK HILL LLP
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
Dolson@clarkhill.com
FOR: CITY OF LONG BEACH

HEATHER L. WEAKLEY
hweakley@dehay.com
ZACHARY H. LODMER
zlodmer@dehay.com
DEHAY & ELLISTON, LLP
100 Pringle Avenue, Suite 700
Walnut Creek, California 94596
Telephone: (510) 433-1830
Facsimile: (866) 611-8690
FOR: VANDERBILT MINERALS, LLC

19
20
21
22
23
24
25
26
27
28