Sarjeant, James B (MR # ▮▮▮▮) DOB: ▮▮▮▮

# James B Sarjeant

(MRN ▮▮▮▮)

**Surgical Pathology Exam [LAB1750]**   (Order #: 1540866268)   Qty: 1

## Specimen Information

| Specimen ID: | D | Type: | Tissue |
| --- | --- | --- | --- |
| | | Source: | Pleura, Diaphragmatic, Right |
| Collected: | 6/15/2023 10:23 AM PDT | | |
| Specimen ID: | E | Type: | Tissue |
| | | Source: | Pleura, Right |
| Collected: | 6/15/2023 10:25 AM PDT | | |
| Specimen ID: | F | Type: | Tissue |
| | | Source: | Pleura, Left |
| Collected: | 6/15/2023 10:30 AM PDT | | |
| Specimen ID: | C | Type: | Tissue |
| | | Source: | Pleura, Left |
| Collected: | 6/15/2023 10:36 AM PDT | | |
| Specimen ID: | G | Type: | Tissue |
| | | Source: | Pleura, Left |
| Collected: | 6/15/2023 10:40 AM PDT | | |
| Specimen ID: | H | Type: | Tissue |
| | | Source: | Lung, Lower Lobe, Left |
| Collected: | 6/15/2023 10:42 AM PDT | | |
| Specimen ID: | MS23-03491-G | Type: | Tissue |
| | | Source: | Pleural Fluid, Right |
| Collected: | 6/15/2023 10:42 AM PDT | | |

### Surgical Pathology Exam: MS23-03491                                   Order: 1540866268

Status: Final result   Visible to patient: Yes (seen)

Next appt: 10/18/2023 at 09:00 AM in Infusion Therapy (CMM INF CHAIR 02)

Component

**CLINICAL INFORMATION**
  Pleural effusion.

**FINAL DIAGNOSIS**
  A. Left Parietal Pleura, Resection:
     ◦ Malignant mesothelioma, favor epithelioid type.

  B. Diaphragm Nodule, Excision:
     ◦ Malignant mesothelioma.

  C. Right Pleural Nodule, Excision:
     ◦ Malignant mesothelioma.

  D. Left Parietal Pleura, Biopsy #1:
     ◦ Malignant mesothelioma.

Sarjeant, James B (MR # ▓▓▓▓▓) DOB: ▓▓▓▓

E. **Left Parietal Pleura, Biopsy #2:**
   - Malignant mesothelioma.

F. **Lung, Left Lower Lobe, Wedge Biopsy:**
   - Malignant mesothelioma with prominent necrosis.
   - No lung tissue present.

G. **Right Pleural Fluid, Aspirate:**
   - Malignant mesothelioma.

**(SEE COMMENT)**

A microscopic examination is performed unless specimens are designated as "gross only".
Electronically signed by Vanessa K Hoang, DO on 6/19/2023 at 0957

## COMMENT

Histologic sections demonstrate predominantly slightly discohesive sheets of markedly atypical epithelioid mesothelial cells with prominent necrosis and fibrin intermixed. By immunohistochemistry, the tumor cells demonstrate a mesothelial immunophenotype (calretinin, D2-40, CK5/6, and WT1 positive) and show loss of expression of BAP1, consistent with malignant mesothelioma.
Molecular studies available upon clinical request.

## AP SPECIAL STUDIES
### IMMUNOHISTOCHEMISTRY/SPECIAL STAINS

| Block | Stain | Method | Result | Technical Site |
|---|---|---|---|---|
| B1 | Calretinin | IHC | Tumor positive. | Mission Hospital |
| B1 | D2-40 | IHC | Tumor positive. | Mission Hospital |
| B1 | CK5/6 | IHC | Tumor positive. | Mission Hospital |
| B1 | WT1 | IHC | Tumor positive. | Mission Hospital |
| B1 | TTF-1 | IHC | Tumor negative. | Mission Hospital |
| B1 | BAP1 | IHC | Loss of expression in tumor cells. | NeoGenomics |

Unless otherwise specified, all immunohistochemical and special stains were interpreted at Mission Hospital. Appropriate controls were employed for each immunostain. In cases where further characterization of ambiguous histology is needed, immunohistochemical or special staining is appropriate. In cases in which both immunohistochemical staining and flow cytometry were performed, immunohistochemical staining was ordered after reviewing the flow cytometry immunophenotyping results. Whenever the flow cytometry results are ambiguous, inconclusive, or in conflict with morphologic findings, further evaluation by immunohistochemical stains is appropriate. Some of the tests reported here have been developed, and performance characteristics are determined by the Department of Pathology, Mission Hospital, Mission Viejo. They have not been cleared or approved by the US FDA. The tests are for clinical purposes and should not be regarded as investigational or for research.

## GROSS DESCRIPTION

A. Received in formalin and identified by name and site is a 1.7 x 1.0 x 0.3 cm fragment of tan-pink soft rubbery friable tissue. T1.

B. Received unfixed and identified by name and site for intraoperative frozen section consultation is a 1.5 x 0.6 x 0.4 cm tan-pink soft friable tissue fragment. Represent sections are submitted for frozen section analysis with the remaining submitted for permanent. TE 3.

Sarjeant, James B (MR # ▮▮▮▮ ) DOB: ▮▮▮▮

C. Received unfixed and identified by name and site for intraoperative frozen section consultation is a 1.7 x 1.1 x 0.3 cm tan-pink soft rubbery tissue fragment. Entirely submitted for frozen section analysis. T1.

D. Received in formalin and identified by name and site is a 2.2 x 1.4 x 0.4 cm tan-pink soft rubbery tissue fragment. T1.

E. Received in formalin and identified by name and site is a 2.0 cm in length by up to 0.4 cm in width tan-pink soft rubbery elongated tissue fragment. T1.

F. Received in formalin and identified by name and site is a 12.0 g, 5.0 x 4.5 x 1.3 cm aggregate of tan-pink soft to friable tissue. There are no areas of excrescence or calcification. T5.

G. Received unfixed and identified by name and site is 110ml of red and opaque fluid. Specimen is used to prepare 2 smears and 1 cell block. NB/VH.

**INTRAOPERATIVE CONSULTATION**

B. FROZEN SECTION DIAGNOSIS:
Tumor present. (Dr. Hoang).

C. FROZEN SECTION DIAGNOSIS:
Tumor present. (Dr. Hoang).

Resulting Agency        PROVIDENCE MISSION HOSPITAL LABORATORY (CLIA 05D0061551)

Specimen Collected: 06/15/23 10:23 PDT        Last Resulted: 06/19/23 09:57 PDT

Order Details   View Encounter   Lab and Collection Details   Routing   Result History

**Scans on Order 1540866268**

Document on 6/19/2023 0957 by Vanessa K Hoang, DO

**Result Care Coordination**

Patient Communication

Released                                Seen

**Reviewed by**

| | |
|---|---|
| Areo Saffarzadeh, MD | 10/5/2023 17:04 |
| Abraham David Gadelov, PA | 7/6/2023 14:36 |

**Surgical Pathology Exam: Patient Communication**

Released                                Seen

**Testing Performed By**

Lab
PROVIDENCE MISSION HOSPITAL LABORATORY (CLIA 05D0061551)
27700 Medical Center Rd.
Mission Viejo CA 92691
Tel: 949-364-7738
Lab Director: Dr. Christopher Vanley, MD

Sarjeant, James B (MR #█████████) DOB: █████████