John L. Langdoc, Esq. (C.S.B. #235509)
 jlangdoc@kazanlaw.com
Henry A. Steinberg, Esq. (C.S.B. #284998)
 hsteinberg@kazanlaw.com
Angelina M. Austin (C.S.B. # 336250)
 aaustin@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| JAMES SARJEANT and LUCRETIA SARJEANT,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH,<br><br>    Defendant. | Case No. 23CV052439<br><br>*Assigned For All Pre-Trial Purposes To:*<br>*Hon. Hon. Patrick McKinney*<br>*Department 18*<br><br>**DECLARATION OF DR. JUDY SCHMIDT IN SUPPORT OF PLAINTIFFS' MOTION FOR TRIAL PREFERENCE**<br><br>Action Filed: November 20, 2023<br>Trial Date: Not Yet Set |

3332853.1

I, Dr. Judy Schmidt, M.D., declare as follows:

1. I am an adult over the age of 18 years and not a party to this lawsuit. I have personal knowledge of the facts set forth herein, except for such facts that have been made known to me in forming an opinion, in which case each such fact is of a type on which professionals in my field reasonably rely in forming an opinion. The opinions and observations stated herein are based on my knowledge obtained from my education, training, experience, and from my personal treatment of mesothelioma patients like James Sarjeant, as well as my review of Mr. Sarjeant's medical records. My opinions are stated within a reasonable degree of medical certainty. If called as a witness, I could and would competently testify to the matters stated herein.

**QUALIFICATIONS**

2. I am a physician licensed to practice medicine in the States of California, Montana and Hawaii. My current office is located at 2870 St. Michael Drive, Missoula, Montana, 59803. I have been licensed to practice in the state of Montana from 1988 - 2010 and since 2021. I have been continuously licensed to practice in California since 2021. I have been continuously licensed to practice in the state of Hawaii since 2010.

3. I obtained my medical degree from University of Minnesota School of Medicine, Minneapolis in 1982. I completed my internal medicine residency at University of California, Davis, Martinez Veterans Hospital, Martinez, and Mount Sinai and Hennepin County Medical Center – University of Minnesota, Minneapolis in 1985. I completed my hematology and oncology fellowship at Mayo Clinic, Rochester, Minnesota in 1988. I have been practicing clinical oncology since 1988 at various locations in Montana and Hawaii. Attached as **Exhibit 1** is a true and correct copy of my CV.

**MATERIALS REVIEWED**

4. I have personally reviewed all available medical records relating to the diagnosis and treatment of Mr. James Sarjeant's mesothelioma. As such, I am familiar with his medical condition and medical record associated with the course of his disease. The medical records I reviewed are usual, customary, and of the type that are ordinarily relied upon in the diagnosis, assessment, and treatment of patients with malignant mesothelioma.

**MESOTHELIOMA AND THE DISEASE PROCESS**

5. There is no cure for mesothelioma. Once a person is diagnosed with stage IV metastatic mesothelioma, their average life expectancy is about 10.1 months.

6. Patients diagnosed with mesothelioma may undergo treatment, such as immunotherapy, chemotherapy, surgery, and radiation to slow the progression of the mesothelioma. Stage IV mesothelioma is not cured. Even if the patient elects to undergo treatment, the treatment may have only a modest impact on the patient's survival. The likelihood of opportunistic infections or rapid tumor progression is very high. The tumor may also exacerbate and amplify a patient's other health conditions, such that even well-managed conditions may become deadly in the presence of mesothelioma.

7. The increasing tumor bulk will likely cause progressive respiratory compromise. The unrelenting pain, particularly if the tumor invades the nerve-rich tissue of the chest wall, requires a growing dosage of narcotics for pain management. These medications will, themselves, come with their debilitating side effects. All these tumor effects result in progressive clinical decline and death.

8. The only definite outcome with mesothelioma is that the patient ultimately will die from complications of the disease.

**MEDICAL RECORDS**

9. I have reviewed Mr. Sarjeant's medical records from May 19, 2023 – February 13, 2024. Attached hereto as Exhibit 2 through Exhibit 57, are true and correct copies of Mr. Sarjeant's medical records.

10. James Sarjeant, age 82, was born on October 28, 1941. Mr. Sarjeant was diagnosed with biphasic (epithelioid and sarcomatoid) malignant mesothelioma, a terminal cancer, on June 1, 2023.

11. On May 19, 2023, Mr. Sarjeant underwent an outpatient chest x-ray that showed fluid retention in his lungs. He was directed to the emergency room for further treatment. Attached hereto as **Exhibit 2** is a true and correct copy of Mr. Sarjeant's May 19, 2023, radiology report.

12. On May 22, 2023, Mr. Sarjeant was admitted to the emergency room where he complained of worsening shortness of breath with some dry cough over the last 2 weeks. His shortness of breath was worse when he would lay flat or walked. Mr. Sarjeant also reported swelling in his left pectoral area. Doctors noted Mr. Sarjeant had diminished breath sounds on the left side with mild tachypnea (rapid breathing). Attached hereto as **Exhibit 3** is a true and correct copy of Mr. Sarjeant's May 22, 2023, medical record.

13. In the emergency room, Mr. Sarjeant had a chest x-ray and chest CT. The x-ray showed moderate to large left and mild right pleural effusions, underlying airspace disease that may represent atelectasis and/or consolidation, and pulmonary vascular congestion. His chest CT revealed compressive atelectasis of the left lower lobe and lingula, ground-glass atelectasis in the posterior left upper lobe, layering effusions - left worse than right, with irregular bilateral pleural thickening and soft tissue infiltration along the cardiophrenic fat, a suspicious right mediastinal node or soft tissue nodule measuring 16 x 21 mm along the right cardiac margin, suspicious stranding in the pleural/cardiophrenic fat junction in the left lower hemithorax, soft tissue thickening tracking deep from the left sternum, expansile thickening of the left pectoralis major/minor muscles with medial left chest wall infiltration, and tracking edema or fluid in the low lateral left chest/upper abdomen region. Doctors noted that the findings were "worrisome for underlying metastatic pleural disease," and recommended sampling and cytologic evaluation. Attached hereto as **Exhibit 4** is a true and correct copy of Mr. Sarjeant's May 22, 2023, chest x-ray results. Attached hereto as **Exhibit 5** is a true and correct copy of Mr. Sarjeant's May 22, 2023, CT findings.

14. On May 22, 2023, Mr. Sarjeant had a pulmonology consultation with Dr. Kaveh Rezvan. After reviewing Mr. Sarjeant's chest x-ray and CT results, Dr. Rezvan recommended Mr. Sarjeant have a thoracentesis to remove the excess fluid accumulating in Mr. Sarjeant's lungs. Attached hereto as **Exhibit 6** is a true and correct copy of Mr. Sarjeant's May 22, 2023, medical record.

15. An ultrasound-guided thoracentesis was performed on May 23, 2023. Approximately 1200 ml of serous fluid was removed from Mr. Sarjeant's left lung. Doctors

recommended another thoracentesis if Mr. Sarjeant's symptoms returned. Attached hereto as **Exhibit 7** is a true and correct copy of Mr. Sarjeant's May 23, 2023, medical record.

16. A post-procedure chest x-ray showed trace left apical pneumothorax, small-medium sized bilateral pleural effusions, and left lower lobe airspace disease. Attached hereto as **Exhibit 8** is a true and correct copy of Mr. Sarjeant's May 24, 2023, chest x-ray results.

17. Mr. Sarjeant was discharged from the hospital on May 24, 2023. His discharge summary notes that in addition to his pulmonary effusion, Mr. Sarjeant had some urinary retention that required a straight catheter and then Foley placement. He had some hematuria, likely from Foley trauma. Mr. Sarjeant was prescribed Flomax and was to follow up with urology. Attached hereto as **Exhibit 9** is a true and correct copy of Mr. Sarjeant's May 24, 2023, discharge summary.

18. On May 25, 2023, a pathology report from the thoracentesis indicated reactive mesothelial cells and degenerative mixed inflammatory cells. Attached hereto as **Exhibit 10** is a true and correct copy of Mr. Sarjeant's May 25, 2023 pathology report.

19. On June 1, 2023, Mr. Sarjeant saw Dr. Rezvan for an office visit where he complained of continued shortness of breath, a dry cough, a pressure or swelling sensation in his chest, left pectoral bulging, and feeling like a sharp object was poking him in the side periodically. Dr. Rezvan noted "severely diminished left and diminished right lung breath sounds." He recommended a PET/CT and referral to thoracic surgery for VATS and pleural biopsy. Dr. Rezvan performed a thoracentesis to relieve Mr. Sarjeant's pulmonary symptoms draining 1300 ml of "ruddy red and cloudy" fluid from Mr. Sarjeant's left lung. Attached hereto as **Exhibit 11** is a true and correct copy of Mr. Sarjeant's June 1, 2023, medical record.

20. A cytology report from the June 1, 2023 thoracentesis confirmed Mr. Sarjeant's mesothelioma diagnosis. Tumor cells showed mixed epithelial and sarcomatoid features with the loss of nuclear staining of BAP1 being 100% specific for malignant mesothelioma. Attached hereto as **Exhibit 12** is a true and correct copy of Mr. Sarjeant's June 1, 2023, cytology report.

21. On June 2, 2023, Mr. Sarjeant underwent a PET/CT from skull to thigh. **<u>Results showed that his cancer had spread.</u>** There was a mass-like soft tissue thickening in the left hilum measuring 6.7 x 4.7 cm, that was moderately hypermetabolic, an adjacent mass-like consolidation

in the posterior left upper lung, also with moderate increased metabolic activity, likely consistent with mesothelioma involvement as per pathology history, an indistinct infiltrative appearing abnormal soft tissue in the pericardium and mediastinum, including shoddy nodules in the aorticopulmonary window region, consistent with neoplastic involvement, prominent thickening and increased metabolic activity associated with the left pectoralis musculature, as well as involvement of the lower left chest wall extending to the left subcutaneous flank, consistent with large areas of tumor involvement, and moderate bilateral pleural effusions. Additionally, the PET/CT revealed activity along the margins of the left effusion suggesting malignant effusion, and asymmetric activity in the right oral tongue with a mild relative thickening appearance of the associated musculature, possibly reflecting tumor involvement. Attached hereto as **Exhibit 13** is a true and correct copy of Mr. Sarjeant's June 2, 2023, PET/CT results.

22. On June 8, 2023, Mr. Sarjeant had an office visit with Dr. Rezvan where he reported low energy levels and dry cough. Dr. Rezvan noted severely diminished left and diminished right lung breath sounds and left anterior chest bulge. Dr. Rezvan performed a chest ultrasound and found moderate bilateral pleural effusions with the left side clearly demonstrating a complex pleural space with adhesions and abnormal lung border. Attached hereto as **Exhibit 14** is a true and correct copy of Mr. Sarjeant's June 8, 2023, medical record.

23. On June 11, 2023, Mr. Sarjeant presented to the emergency room with shortness of breath and fever. He was found to be hypotensive and tachycardic with course bilateral breath sounds. Mr. Sarjeant was in septic shock and had acute renal failure. His urinalysis showed obvious infection with too many white blood cells to count and large leukocyte esterase. Mr. Sarjeant was treated with IV fluids, Levophed, placed on BiPAP and was given broad-spectrum antibiotics through a central line. Attached hereto as **Exhibit 15** is a true and correct copy of Mr. Sarjeant's June 11, 2023, medical record.

24. A chest x-ray performed June 11, 2023 showed increasing bilateral pleural effusions moderate on the left and mild to moderate on the right, complete opacification of the bilateral mid and lower lung zones, and an obscured cardiac silhouette with underlying airspace disease which may represent atelectasis and/or consolidation. Attached hereto as **Exhibit 16** is a

true and correct copy of Mr. Sarjeant's June 11, 2023, x-ray results.

25. On June 11, 2023, Mr. Sarjeant underwent a pleural drainage procedure where a catheter was put in place to address his recurrent pleural effusions. During the procedure, doctors noted a moderate right and large left pleural effusion. Attached hereto as **Exhibit 17** is a true and correct copy of Mr. Sarjeant's June 11, 2023, medical record.

26. During a pulmonary critical care consult June 11, 2023, Mr. Sarjeant reported symptoms of weakness, fever, chills, and fatigue for the last few days. He also reported coughing, chest tightness, and shortness of breath. The doctor noted diminished breath sounds with crackles. The creatinine was elevated. Mr. Sarjeant was in septic shock with etiology being a urinary tract infection versus pneumonia. He was treated with three pressors, IV fluids, a central venous line was placed and cultures were obtained. Attached hereto as **Exhibit 18** is a true and correct copy of Mr. Sarjeant's June 11, 2023, medical record.

27. On June 12, 2023, during an infectious disease consult, Mr. Sarjeant complained of chills and rigors, dysuria for past two months, nocturia and pyruria. He was previously prescribed Flomax due to urinary frequency but was only able to take a 2 day course due to severe constipation. The infectious disease doctor noted decreased breath sounds in the left lung base. Mr. Sarjeant had gram negative septicemia and acute kidney insufficiency. An antibiotic change to meropenem was recommended. Attached hereto as **Exhibit 19** is a true and correct copy of Mr. Sarjeant's June 12, 2023, medical record.

28. A CT scan of Mr. Sarjeant's abdomen and pelvis was taken on June 12, 2023. It showed a large left lateral abdominal wall soft tissue mass, moderate right and small-to-moderate left pleural effusions with right greater than left lower lobe atelectasis, and chronic bladder outlet obstruction. Attached hereto as **Exhibit 20** is a true and correct copy of Mr. Sarjeant's June 12, 2023, CT results.

29. On June 14, 2023, the infectious disease consultant noted that the output from Mr. Sarjeant's chest tube remained high. Breath sounds at the left lung base were decreased. Attached hereto as **Exhibit 21** is a true and correct copy of Mr. Sarjeant's June 14, 2023, medical record.

30. On June 15, 2023, Mr. Sarjeant had an operation where he underwent multiple

procedures including a left VATS with removal of fibrin deposits, chemical pleurodesis on the left lung, a pleural biopsy on the left lung, placement of tunneled indwelling pleural catheter on the left, an ultrasound guided thoracentesis on the right lung, and bronchoscopy. Approximately 1.7 L of serosanguinous fluid was removed from Mr. Sarjeant's lung. There were fibrinous deposits in the right chest with loculated fluid collections that were removed. There were necrotic appearing nodules on the diaphragm, chest wall and left lower lobe that were biopsied. Attached hereto as **Exhibit 22** is a true and correct copy of Mr. Sarjeant's June 15, 2023, operative report.

31. After spending a week in the hospital, Mr. Sarjeant was discharged on June 18, 2023. He was discharged with another 4 weeks of Rocephin via a PICC line for his sepsis. Attached hereto as **Exhibit 23** is a true and correct copy of Mr. Sarjeant's June 15, 2023, medical record.

32. On June 19, 2023, Mr. Sarjeant the pathology report for specimens collected during his June 15, 2023 operation were available. **The results confirmed that Mr. Sarjeant's mesothelioma had spread, now involving his right lung and diaphragm**. Malignant mesothelioma was found in the sample from Mr. Sarjeant's right and left parietal pleura, right pleural nodule, right pleural fluid, and diaphragm nodule. Attached hereto as **Exhibit 24** is a true and correct copy of Mr. Sarjeant's June 19, 2023, pathology report.

33. On July 5, 2023, Mr. Sarjeant reported to the thoracic surgeon that his pleural catheter was draining approximately 50cc of yellowish fluid daily. He was having trouble sleeping. A palliative care consult was scheduled for July 13, 2023. A chest x-ray performed the same day showed an enlarging mild to moderate right pleural effusion, bilateral mid and lower lungs airspace disease which may represent atelectasis and/or consolidation, and chronic left pleural effusion and/or pleural thickening. A right VATS talc pleurodesis with pleural catheter placement was recommended. Attached hereto as **Exhibit 25** is a true and correct copy of Mr. Sarjeant's July 5, 2023, medical record. Attached hereto as **Exhibit 26** is a true and correct copy of Mr. Sarjeant's July 5, 2023, chest x-ray report.

34. On July 7, 2023, Mr. Sarjeant saw Dr. George Miranda for a hematology/oncology consultation. After reviewing his medical records, Dr. Miranda recommended Mr. Sarjeant

proceed with immunotherapy. An attempt for surgical resection was not recommended. Attached hereto as **Exhibit 27** is a true and correct copy of Mr. Sarjeant's July 7, 2023, medical record.

35. On July 12, 2023, a chest x-ray was performed that showed Mr. Sarjeant's bilateral effusions had increased in size – moderate on the right, small on the left. The same day, Mr. Sarjeant had another operation to address his "worsening pleural effusion on the right." A total of 2.5 L of serosanguinous fluid with fibrinous debris was removed from the right chest and a tunneled pleural catheter was placed. A 6F port-a-cath was placed afterward. Attached hereto as **Exhibit 28** is a true and correct copy of Mr. Sarjeant's July 12, 2023, medical record. Attached hereto as **Exhibit 29** is a true and correct copy of Mr. Sarjeant's July 12, 2023, chest x-ray report.

36. On July 13, 2023, Mr. Sarjeant had a palliative care consultation to address pain management, symptom management, and psychological support. Mr. Sarjeant reported experiencing fatigue, cough, chest pain, constipation, insomnia and anxiousness. Mr. Sarjeant complained of increased pain at his procedure site and was prescribed an increased dosage of 5 mg oxycodone. Attached hereto as **Exhibit 30** is a true and correct copy of Mr. Sarjeant's July 13, 2023, medical record.

37. On July 24, 2023, Mr. Sarjeant began immunotherapy receiving a 73 mg infusion of ipilimumab (Yervoy) and 360 mg infusion of nivolumab (Opdivo). Attached hereto as **Exhibit 31** is a true and correct copy of Mr. Sarjeant's July 24, 2023, medical record.

38. On August 13, 2023, Mr. Sarjeant presented in the emergency room with a rash on his neck and throat pain for 10 days and inability to eat or drink for the last few days. Doctors noted that he appeared weak and dehydrated upon admission. He had coarse bilateral breath sounds and diminished bilateral lower lung fields. Mr. Sarjeant was diagnosed with **acute renal failure** after lab work indicated an abnormal creatinine level of 1.77 mg/dL. Doctors performed a chest x-ray and CT soft tissue neck. The chest x-ray showed left basilar opacities concerning for pneumonia and small bilateral effusions. **The CT revealed an irregular soft tissue mass at the base of the tongue on the right measuring approximately 6.7 x 5.2 cm concerning for neoplasm.** Doctors admitted Mr. Sarjeant for further care including a biopsy of his tongue mass. He received broad spectrum antibiotics and IV fluids. Attached hereto as **Exhibit 32** is a true and

correct copy of Mr. Sarjeant's August 13, 2023, medical record. Attached hereto as **Exhibit 33** is a true and correct copy of Mr. Sarjeant's August 13, 2023, chest x-ray report. Attached hereto as **Exhibit 34** is a true and correct copy of Mr. Sarjeant's August 13, 2023, CT results.

39. Also on August 13, 2023, Mr. Sarjeant had an otolaryngology consult. The doctor noted that the oral cavity and oropharyngeal exam showed swelling of the floor of mouth, which was somewhat tender to touch and felt firm to touch. Biopsy was recommended. A biopsy of the base of the tongue mass confirmed metastatic mesothelioma. Attached hereto as **Exhibit 35** is a true and correct copy of Mr. Sarjeant's August 13, 2023, medical record. Attached hereto as **Exhibit 36** is a true and correct copy of Mr. Sarjeant's August 14, 2023, medical record.

40. Mr. Sarjeant was released from the hospital on August 17, 2023. Attached hereto as **Exhibit 37** is a true and correct copy of Mr. Sarjeant's August 17, 2023, medical record.

41. On August 22, 2023, Mr. Sarjeant saw radiation oncology to consider radiation treatment for his metastatic mesothelioma to the right tongue base. Five weeks of palliative radiation therapy was recommended. Attached hereto as **Exhibit 38** is a true and correct copy of Mr. Sarjeant's August 22, 2023, medical record.

42. On August 26, 2023, Mr. Sarjeant had a dental oncology consult where his dentist recommended that Mr. Sarjeant would benefit from the fabrication of complex irregular custom maxillary and mandibular soft tissue radiation shields with a maxillary tongue depressor component for his radiation treatments. Attached hereto as **Exhibit 39** is a true and correct copy of Mr. Sarjeant's August 26, 2023, medical record.

43. On August 29, 2023, Mr. Sarjeant had a chest x-ray that showed slight improvement to lower left lung consolidation and stable small bilateral effusions. Attached hereto as **Exhibit 40** is a true and correct copy of Mr. Sarjeant's August 29, 2023, medical record.

44. On September 6, 2023, Mr. Sarjeant had another immunotherapy treatment with Yervoy and Opdivo. It was noted that his creatinine level remained elevated at 1.6 mg/dL (0.7 - 1.2 mg/dL). Attached hereto as **Exhibit 41** is a true and correct copy of Mr. Sarjeant's September 6, 2023, medical record.

45. On September 7, 2023, Mr. Sarjeant's radiation oncologist delayed his radiation

1 treatments noting that Mr. Sarjeant was "unable to tolerate radiation treatments due to
2 hypersecretion." Scopalamine was started. Attached hereto as **Exhibit 42** is a true and correct
3 copy of Mr. Sarjeant's September 7, 2023, medical record.

4       46.      By September 21, 2023, Mr. Sarjeant's hypersecretion had improved and radiation
5 treatments were continued. Attached hereto as **Exhibit 43** is a true and correct copy of Mr.
6 Sarjeant's September 21, 2023, medical record.

7       47.      Mr. Sarjeant returned to radiation oncology for ongoing radiation therapy on
8 September 28, 2023. At that appointment there was minimal skin reaction and mucositis. His
9 radiation oncologist noted increased secretions and scopolamine patches were restarted. Attached
10 hereto as **Exhibit 44** is a true and correct copy of Mr. Sarjeant's September 28, 2023, medical
11 record.

12       48.      On October 3, 2023, Mr. Sarjeant had a chest CT scan performed. The CT showed
13 a small reduction in Mr. Sarjeant's pleural effusions, however, they showed **the continued spread
14 of his cancer**. Mr. Sarjenat had pleural-based calcifications along the right and left lower
15 hemithorax, <u>increasing pleural thickening</u> along the anterior right lower hemithorax with maximal
16 thickness of up to 8 mm, a <u>masslike density</u> of the left hilum in the medial left lower lobe abutting
17 the adjacent medial pleura, <u>suspicious for underlying active neoplasm</u> and an additional smaller
18 avoid nodular appearing density in the posterior left lung base measuring roughly 1.7 cm
19 potentially with underlying active neoplasm. There was residual nodular density or nodal
20 conglomerate adjacent to the right anterior pericardium with maximal short axis of 13 mm, <u>likely
21 metastatic</u>, mildly decreased in overall volume when compared with the prior CT, bilateral juxta
22 diaphragmatic <u>soft tissue thickening, suspicious for neoplastic/metastatic disease</u>, small amount of
23 subdiaphragmatic soft tissue density below the right and left hemidiaphragm, adjacent to the right
24 liver capsule and extending near the superolateral spleen, <u>suspicious for neoplastic/metastatic
25 disease infiltration, not seen on the prior chest CT,</u> heterogeneous airspace opacity within the
26 lateral left lower lobe measuring 3.5 cm in length, <u>potentially infectious</u>/inflammatory, decreasing
27 soft tissue prominence of the left anterior chest wall soft tissues/pectoralis musculature with
28 residual surrounding superficial fat stranding with residual changes of the soft tissues in this

3332853.1           11

region infectious/inflammatory or neoplastic in nature, a small amount of pleural fluid within the pericardial sac and along the superior pericardial recess adjacent to the ascending aorta, and multiple mediastinal and bilateral anterior diaphragmatic lymph nodes with short axis of less than 1cm. The largest nodes below the carina had a short axis of roughly 8 to 9 mm maximally. There was a 7 mm subcutaneous nodular density now seen along the left lateral chest wall, potentially metastatic, and decreasing soft tissue thickening with residual retrosternal/retromanubrial density, which could be metastatic in nature. Attached hereto as **Exhibit 45** is a true and correct copy of Mr. Sarjeant's October 3, 2023, CT results.

49. On October 5, 2023, Mr. Sarjeant was seen for ongoing radiation. Mr. Sarjeant's son Andy accompanied him to the appointment and reported that he noticed Mr. Sarjeant wasn't eating as much as he used to. Mr. Sarjeant's son makes his father smoothies, but Mr. Sarjeant does not drink them. His weight was down to 145 pounds (he weighed 167 pounds on July 13, 2023). Attached hereto as **Exhibit 46** is a true and correct copy of Mr. Sarjeant's October 5, 2023, medical record.

50. On October 6, 2023, Mr. Sarjeant was seen for a mid-radiation treatment check-up where he reported severe left lingual gingival pain and weight loss. Attached hereto as **Exhibit 47** is a true and correct copy of Mr. Sarjeant's October 6, 2023, medical record.

51. On October 12, 2023, Mr. Sarjeant was seen for ongoing radiation. He reported experiencing headaches with pain level of 3/10 and nausea. Attached hereto as **Exhibit 48** is a true and correct copy of Mr. Sarjeant's October 12, 2023, medical record.

52. On October 18, 2023, Mr. Sarjeant resumed his immunotherapy treatments with Yervoy and Opdivo. He reported multiple small white mouth sores. Attached hereto as **Exhibit 49** is a true and correct copy of Mr. Sarjeant's October 18, 2023, medical record.

53. On November 3, 2023, Mr. Sarjeant was seen by his radiation oncologist. He had completed his radiation therapy. The start date was September 11, 2023 and the end date was October 13, 2023. Attached hereto as **Exhibit 50** is a true and correct copy of Mr. Sarjeant's November 3, 2023, medical record.

54. Mr. Sarjeant had additional immunotherapy treatments on November 8, 2023

(Opdivo) and November 29, 2023 (Yervoy and Opdivo). At his November 29 appointment, his medical oncologist noted an elevated creatinine at 2.3 mg/dL. He was given IV fluids. Attached hereto as **Exhibit 51** is a true and correct copy of Mr. Sarjeant's November 8, 2023, medical record. Attached hereto as **Exhibit 52** is a true and correct copy of Mr. Sarjeant's November 29, 2023, medical record.

55. On December 5, 2023, Mr. Sarjeant had a PET/CT scan that showed **<u>Mr. Sarjeant's cancer had grown</u>**. A 2.7 cm nodule adjacent to the right anterior pericardium <u>demonstrating larger size and increased metabolic activity when compared with the prior PET/CT</u>, likely neoplastic in etiology. There were multifocal areas of pleural thickening and calcification with associated intense pleural-based hypermetabolism along the upper through lower hemithoraces bilaterally that could be related to prior talc pleurodesis procedures. <u>Underlying active neoplastic process within these areas of intense hypermetabolism was not excluded</u>. Attached hereto as **Exhibit 53** is a true and correct copy of Mr. Sarjeant's December 5, 2023, PET/CT results.

56. On December 20, 2023, Mr. Sarjeant presented for his immunotherapy treatment. However, after blood work showed an abnormally high creatinine at 3.5 mg/dL, his treatments were put on hold and follow up labs were recommended for January 3, 2024. At this appointment Mr. Sarjeant's daughter Cheryl reported he was having trouble with his memory for the last few months. Attached hereto as **Exhibit 54** is a true and correct copy of Mr. Sarjeant's December 20, 2023, medical record.

57. On January 5, 2024 Mr. Sarjeant saw his treating oncologist, Dr. Miranda. Mr. Sarjeant was accompanied by his daughter Cheryl who again reported Mr. Sarjeant's memory was somewhat diminished. Dr. Miranda noted that a base of the tongue mass which showed metastatic mesothelioma was **a rare presentation**. His mesothelioma <u>was progressing despite immunotherapy. It was uncertain whether additional cycles of immunotherapy would be sufficient</u>. Mr. Sarjeant was on antibiotics for a superinfection. His renal function had worsened – a possible side effect of his immunotherapy treatments. Dr. Miranda recommended suspending immunotherapy. Attached hereto as **Exhibit 55** is a true and correct copy of Mr. Sarjeant's

January 5, 2024, medical record.

58. Mr. Sarjeant saw Dr. Miranda again on January 17, 2024 and February 13, 2024. Lab work on January 5, 2024 showed <u>progressive renal insufficiency</u> with persistent elevated creatinine (2.59 mg/dL) and now hypercalcemia (calcium 12.8 mg/dL with a normal range of 8.5 - 10.5 mg/dL) . Mr. Sarjeant's son Mike reported continued memory problems. **Immunotherapy remained suspended due to renal failure**. Attached hereto as **Exhibit 56** is a true and correct copy of Mr. Sarjeant's January 17, 2024, medical record. Attached hereto as **Exhibit 57** is a true and correct copy of Mr. Sarjeant's February 13, 2024, medical record.

59. Dr. Miranda recommended a follow up PET/CT be done in March 2024 to further evaluate Mr. Sarjeant's cancer.

**CONCLUSIONS**

60. Based on my review of Mr. Sargeant's medical records which indicate spread of his mesothelioma to the tongue, chest wall and right lung, it is my opinion that he has metastatic stage IV mesothelioma.

61. Based on my (i) education, (ii) training, (iii) experience, and (v) my review of Mr. Sarjeant's medical records, it is my opinion, within a reasonable degree of medical certainty, that Mr. Sarjeant will continue to experience increasing pain, weakness, fatigue, and weight loss as his mesothelioma progresses. His symptoms and condition will inevitably worsen over time, and he will remain at high risk for rapidly developing and life-threatening infections, as well as other complications likely to arise from the progression of his disease. His continual shortness of breath, pain, the spread of cancer to his tongue, the invasion of Mr. Sarjeant's cancer into his chest wall and the hypercalcemia/renal insufficiency all add to the dire nature of his prognosis.

62. Mr. Sarjeant's mesothelioma cannot be cured. He is also not a surgical candidate. [See ¶ 34.] His immunotherapy regimen is palliative rather than curative. Mr. Sarjeant's ability to tolerate further chemotherapy will progressively decline as his mesothelioma advances. His prognosis is grim given the advanced stage of his cancer.

63. As his health rapidly deteriorates, Mr. Sarjeant's ability to participate in day-to-day activities will markedly decrease. Further, Mr. Sarjeant's ability to participate meaningfully in

physically and emotionally demanding activities such as depositions and participating in this lawsuit will rapidly become severely compromised because of his increasing pain, difficulty breathing, fatigue, loss of mobility, and general disability. Fatigue is a major symptom and is one of the most common and distressing symptom associated with advanced cancer and cancer therapies. Although there are established medical interventions for most cancer-related symptoms, there are limited medical treatments for fatigue. In addition, physical and emotional stress contribute to a cancer patient's fatigue, which worsens as a malignancy progresses.

64.  Mr. Sarjeant's mesothelioma is quickly progressing. His mesothelioma has progressed while on immunotherapy. Mr. Sarjeant's mesothelioma continues to spread and invade surrounding organs. Mr. Sarjeant's mesothelioma has already spread to his tongue, right lung, and is invading the chest wall. He has life-threatening hypercalcemia.

65.  Because of the advanced nature of his cancer and his marginal ability to tolerate additional palliative treatment, there is an extreme risk that Mr. Sarjeant will not be able to participate in the litigation and trial of his case should this case not be set for trial in the next 90 days.

66.  In summary, Mr. Sarjeant has malignant pleural mesothelioma, a terminal malignancy with a dismal prognosis, and his mesothelioma has already spread to his right lung, tongue and is invading his chest wall; he has life-threatening hypercalcemia and significant renal insufficiency. His recent December 5, 2023 PET/CT demonstrated that his tumor continues to grow despite his immunotherapy treatments. [See ¶ 55.] Based on (i) my review of Mr. Sarjeant's medical records, (ii) my extensive experience examining and caring for cancer patients, including those afflicted with malignant mesothelioma, (iii) the advanced stage of Mr. Sarjeant's cancer, (iv) the length of time since his diagnosis, and (v) the fact that Mr. Sarjeant's mesothelioma has spread, it is my professional medical opinion that there is substantial medical doubt of Mr. Sarjeant's survival beyond six months from the date of this declaration.

\\\
\\\
\\\

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on March 1, 2024, in Missoula, Montana.

_____
Judy L. Schmidt MD FACP