John L. Langdoc, Esq. (C.S.B. #235509)
 jlangdoc@kazanlaw.com
Michael T. Stewart, Esq. (C.S.B. #253851)
 mstewart@kazanlaw.com
Henry A. Steinberg, Esq. (C.S.B. #284998)
 hsteinberg@kazanlaw.com
Akinyemi Ajayi (C.S.B. #285257)
 aajayi@kazanlaw.com
KAZAN, McCLAIN, SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SARJEANT and LUCRETIA SARJEANT,<br><br>             Plaintiffs,<br><br>       vs.<br><br>CITY OF LONG BEACH, et al.<br><br>             Defendants. | Case No. 3:24-cv-01216-VC<br><br>[Removed from the Superior Court of California, County of Alameda, Case No. 23CV052439]<br><br>Hon. Vince Chhabria<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR THE EXPEDITED DEPOSITION OF JAMES SARJEANT PRIOR TO RULE 26 CONFERENCE** |

      The Court, having considered the Plaintiffs' Ex Parte Application for an order expediting the deposition of James Sarjeant prior to a Rule 26(f) Conference, and finding good cause shown, hereby ORDERS that the parties commence the deposition of James Sarjeant as soon as possible, but no later than five (5) days after the entry of this order.

      IT IS SO ORDERED.

Dated:

_____
Hon. Vince Chhabria
U.S. DISTRICT COURT JUDGE