UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SARJEANT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOSTER WHEELER LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-01216-VC<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**<br><br>Re: Dkt. No. 198 |

The motion to substitute is granted. James Sarjeant is the successor in interest of his wife, Lucretia Sarjeant, who passed away on July 11, 2024.

Contrary to defendants' arguments, California Code of Civil Procedure Section 377.34(a), which excludes damages for pain and suffering from survival actions, does not apply here. Loss of consortium is distinct from pain and suffering and no California statute prohibits the survival of loss of consortium claims. *See* Cal. Code Civ. Proc. § 377.20(a). Even if loss of consortium were considered a form of pain and suffering damages, the limitation in Section 377.34(a) does not apply here because the statute creates an exception for cases filed between January 1, 2022 and January 1, 2026, and the Sarjeants' case was filed within that timeframe on November 20, 2023. Cal. Code. Civ. Proc. § 377.34(b).

**IT IS SO ORDERED.**

Dated: September 30, 2024

_____
VINCE CHHABRIA
United States District Judge